UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

TEXAS ROADHOUSE, INC., TEXAS ROADHOUSE HOLDINGS LLC, and TEXAS ROADHOUSE MANAGEMENT CORP., d/b/a TEXAS ROADHOUSE,

Defendants.

Civil Action No. 1:11-cv-11732

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO THE EEOC'S MOTION TO STRIKE IN PART THE REPORTS AND TESTIMONY OF DR. ALI SAAD**

**APPENDIX**

| Appendix Number | Document |
|---|---|
| 1 | Amended Expert Report of David L. Crawford, February 25, 2016 |
| 2 | Expert Report of Ali Saad, Attachments and Exhibits, April 22, 2016 |
| 3 | Expert Reply Report of David L. Crawford, May 27, 2016<br>(incorrectly titled a "Rebuttal Report") |
| 4 | Amended Expert Reply Report of David L. Crawford, June 14, 2016<br>(incorrectly titled a "Rebuttal Report") |
| 5 | Table R-13 of Amended Expert Reply Report of David L. Crawford<br>(incorrectly titled a "Rebuttal Report") |
| 6 | Excerpts from the Deposition of David L. Crawford, June 16, 2016 |
| 7 | Exhibit 6 of Deposition of David L. Crawford<br>*School Enrollment Among Restaurant Employees*, National Restaurant Association Educational Foundation (2014) |
| 8 | Excerpts from the Deposition of Ali Saad, June 17, 2016 |
| 9 | A.N. Pettitt, I. Bin Daud, *Investigating Time Dependence in Cox's Proportional Hazards Model*, 39 J. Royal Stat. Soc'y. Series C (Applied Statistics), 313-329 (1990) |

| | |
|---|---|
| 10 | David R. Cox, *Regression Models and Life-Tables*, J. Royal Stat. Soc'y, Series B 187-220 (1972) |
| 11 | Excerpt from Jeffrey M. Wooldridge, Econometric Analysis of Cross Section and Panel Data, Section 20.1, (MIT Press 2002) |
| 12 | Michael O. Finkelstein & Bruce Levin, *Proportional Hazard Models for Age Discrimination Cases*, 34 Jurimetrics J. 153 (1994) |

**CERTIFICATE OF SERVICE**

I, Christopher J. DeGroff, an attorney, do hereby certify that, on this 16th day of September, 2016, I have caused a true and correct copy of the foregoing **APPENDIX TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO THE EEOC'S MOTION TO STRIKE IN PART THE REPORTS AND TESTIMONY OF DR. ALI SAAD** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

**Markus L. Penzel**
Equal Employment Opportunity Commission
John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Ph: 617-565-3193
Fax: 617-565-3196
Email: markus.penzel@eeoc.gov

**Robert D. Rose**
Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10027
Ph: 212-336-3708
Email: robert.rose@eeoc.gov

**Sara E. Smolik**
Equal Employment Opportunity Commission
John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Ph: 617-565-3207
Fax: 617-565-3196
Email: sara.smolik@eeoc.gov

**Raechel L. Adams**
Equal Employment Opportunity Commission
33 Whitehall Street
5th Floor
New York, NY 11217
Ph: 212-336-3707
Fax: 212-336-3623
Email: raechel.adams@eeoc.gov

**Ami Sanghvi**
Equal Employment Opportunity Commission
Philip Burton Federal Building, 5th Floor West
450 Golden Gate Avenue, POB 36025
San Francisco, CA 94102
Ph: 415-522-3071
Fax: 415-522-3425
Email: ami.sanghvi@eeoc.gov

/s/ Christopher J. DeGroff