WILEY

Investigating Time Dependence in Cox's Proportional Hazards Model
Author(s): A. N. Pettitt and I. Bin Daud

Source: *Journal of the Royal Statistical Society. Series C (Applied Statistics)*, Vol. 39, No. 3 (1990), pp. 313-329
Published by: Wiley for the Royal Statistical Society
Stable URL: http://www.jstor.org/stable/2347382
Accessed: 07-09-2016 20:54 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://about.jstor.org/terms

*Royal Statistical Society, Wiley* are collaborating with JSTOR to digitize, preserve and extend access to *Journal of the Royal Statistical Society. Series C (Applied Statistics)*

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

*Appl. Statist.* (1990)
**39**, *No.* 3, *pp.* 313–329

# Investigating Time Dependence in Cox's Proportional Hazards Model

By A. N. PETTITT†

*CSIRO, St Lucia, Australia*

and I. BIN DAUD

*Universtiti Pertanian Malaysia*

[Received June 1988. Revised July 1989]

SUMMARY

We consider the investigation of time dependence in Cox's proportional hazards model using the residuals of Schoenfeld. For data analysis and model development we consider smoothing these residuals to consider time-dependent effects. A model which considers time-dependent modulation of the linear predictor is introduced and suggested for use. The techniques are illustrated using simulated data and data concerning the failure response, measured as distance travelled, of turbochargers on railway carriages. For the latter case, a 'time'-dependent proportional hazards model of this type is suggested by smoothing the residuals and it is shown to give an improved fit to the data.

*Keywords*: Plots; Proportional hazards regression; Schoenfeld's residual; Smoothing; Time dependence

## 1. Introduction

The proportional hazards model of Cox (1972) has proved an exceedingly useful method of analysing survival or failure data. Practical applications abound not only in medical areas but also in economics, industrial reliability and the agricultural, biological and physical sciences. It is now commonly used as a routine method of analysis of failure data. Unlike multiple linear regression, there are only a few methods available for model checking, searching for influential cases, etc. In this paper we consider how the assumption of time dependence of the hazard function can be investigated. This assumption is very important. In the medical context, the effects of treatments on the hazard function can diminish as survival time increases; see, for example, Gore *et al.* (1984). In industrial reliability, early or middle-term failure of components can be affected by design considerations while longer-term reliability may be unchanged.

Here we consider how to investigate these time-dependent effects after having first fitted a proportional hazards model, which we see as a routine way to find the important main effects on lifetimes. Then we use the residuals introduced by Schoenfeld

†*Address for correspondence*: School of Mathematics, Faculty of Science, Queensland University of Technology, GPO Box 2434, Brisbane, Queensland 4001, Australia.

© 1990 Royal Statistical Society 0035–9254/90/39313 $2.00

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

(1982) to investigate time-dependent effects. We consider two different time dependences: the first where the effect of a particular regression component on the hazard function changes with time, and the second where a time-dependent function modulates the covariate effect through time.

Our example involves taking the distances travelled by railway power carriages until a failure of the turbocharger unit as the dependent 'time' variable. Initially, six design factors had been investigated and had been found to be statistically insignificant. Then an additional seventh covariate, the calendar time when the turbocharger was installed, was introduced into the model. Mr D. M. Walley, of British Railways Board, Derby, who supplied the data, had originally used this last variable to investigate whether there had been any improvement in reliability over the period of data collection. The proportional hazards model with 'distance' constant covariates would imply the same effects on the hazard function whatever the distance travelled. It might be supposed that some design features would only be associated with failure at long distances travelled. General engineering improvement might only manifest itself by removing early failures. In this paper we suggest ways of investigating these hypotheses using plots based on the smoothed residuals of Schoenfeld (1982). For our example the plots indicate an important interaction between distance travelled and the calendar time of installation of the turbocharger. We choose to model this interaction by using the time-modulated covariate model mentioned above. It is fitted to the data and found to give a significant effect. This is further confirmed by considering reliability, or survival, curves for the data stratified by deciles of the variable date of installation.

In general, we suggest that the techniques considered here can be used for model modification after the time constant proportional hazards model has been fitted.

## 2. Review of Theory

### 2.1. *Proportional Hazards Regression*

We briefly introduce proportional hazards regression, and, as is customary, we take time to be the dependent variable. We assume that we have $n$ cases and for each case we can observe the vector $(t, \delta, z')$, where $t$ is the time until failure, if the case is uncensored ($\delta = 1$), or it is the time until removal or censoring ($\delta = 0$), and $z$ is a $p \times 1$ vector of explanatory or regression variables, which for the $j$th case is equal to $z_j$ or $(z_{j,1}, \ldots, z_{j,p})'$.

For a good discussion of what can be interpreted as 'failure time' in various fields, see Cox and Oakes (1984), where problems of censoring are also considered. The proportional hazards model relates the hazard function of the failure time to a time constant vector explanatory variable $z$ by taking

$$\lambda(t \mid z) = \lambda_0(t) \exp(z'\beta), \tag{1}$$

where $\lambda_0(t)$ is an unspecified base-line hazard function corresponding to the case $z = 0$ and $\beta$ is a $p \times 1$ regression parameter.

The usual estimate, $\hat{\beta}$, of $\beta$ is found by maximizing the partial likelihood

$$L(\beta) = \prod_{i \in D} \frac{\exp(z_i'\beta)}{\sum_{j \in R_i} \exp(z_j'\beta)} \tag{2}$$

where $D$ is the set of indices of failures and $R_i$ is the 'risk set' for $t_i$, i.e. $R_i = \{j : t_j \geqslant t_i\}$.

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

To find $\hat{\beta}$, usually $U(\beta)=0$ is solved, where $U(\beta)$ is the $p\times 1$ score vector of derivatives of $l(\beta)$, the logarithmic partial likelihood:

$$U(\beta)=\sum_{i\in D}\left\{z_i-\sum_{j\in R_i} z_j \exp(z_j'\beta)\Big/\sum_{j\in R_i}\exp(z_j'\beta)\right\}. \tag{3}$$

In most computer programs the sample variance of $\hat{\beta}$ is approximated by $A(\hat{\beta})^{-1}$, where $A(\beta)$ is minus one times the Hessian of $l(\beta)$. If $\psi_i=\exp(z_i'\beta)$ is the relative risk of failure of the $i$th individual, and the $p\times 1$ vector $a(i)$ is defined by

$$a(i)=\sum_{j\in R_i}\psi_j z_j\Big/\sum_{j\in R_i}\psi_j, \tag{4}$$

then $U(\beta)$ is simply

$$\sum_{i\in D}\{z_i-a(i)\}.$$

We note also that $a(i)$ has the property that it is the mean of $z$ over the risk set $R_i$ with weights $\psi_j$. If the $p\times p$ matrix $A(i)$ is defined by

$$A(i)=\left\{\sum_{j\in R_i}\psi_j z_j z_j'\Big/\sum_{j\in R_i}\psi_j\right\}-a(i)\,a(i)' \tag{5}$$

then $A(\beta)$ is the $p\times p$ matrix given by

$$A(\beta)=\sum_{i\in D}A(i).$$

## 2.2. *Schoenfeld's Residuals*

To assess the assumption of proportional hazards, Schoenfeld (1982) defines a residual to be given by the $p\times 1$ vector $r_i$, where

$$r_i=z_i-a(i), \tag{6}$$

with $a(i)$ defined by equation (4), i.e. $z_i$ minus the mean of $z$ over $R_i$.

Schoenfeld (1982) supposes that the hazard function $\lambda(t\,|\,z)$, model (1), is modified to give

$$\lambda(t\,|\,z_j)=\lambda_0(t)\exp\{z_j'\beta+\gamma z_{j,k}\,g(t)\}, \tag{7}$$

where $\gamma$ is a scalar and $g(t)$ is a function of time. Thus this modification allows for interaction between the $k$th component of $z_j$ and time on the hazard function, i.e. a time-dependent covariate $z_{j,k}\,g(t)$ enters the model for the $j$th case. If $g(t)$ varies about zero slowly then Schoenfeld gives the mean of the $p\times 1$ vector $r_i$, defined by equation (6), as

$$\gamma g(t_i)\,A_k(i) \tag{8}$$

approximately, where $A_k(i)$ is the $p\times 1$ vector which is the $k$th column of $A(i)$, equation (5). If $\beta$ of equation (1) is estimated by $\hat{\beta}$ to give $\hat{r}_i$, then

$$E(\hat{r}_i)\simeq\gamma g(t_i)\,A_k(i) \tag{9}$$

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

also. In particular, if the $k$th element of $A_k(i)$ is denoted by $A_{k,k}(i)$, i.e. the $k$th diagonal element of $A(i)$, and the scalar $\hat{r}_{i,k}$ is the $k$th element of $\hat{r}_i$, then

$$E(\hat{r}_{i,k}) \simeq \gamma g(t_i) A_{k,k}(i). \tag{10}$$

This suggests plotting the scalar $\hat{r}_{i,k}/A_{k,k}(i)$ against $t_i$, or some predictable function of $t_i$, such as the rank, to assess the form of $g(t_i)$.

We note that the $r_i$ are uncorrelated, with

$$\text{var}(r_i) = A(i).$$

However, estimation of $\beta$ makes the $\hat{r}_{i,k}$ dependent. Schoenfeld (1982) gives

$$\text{cov}(\hat{r}_{i,k}, \hat{r}_{j,k}) = \delta_{i,j} A_{k,k}(i) - A_k(j)' A(\beta)^{-1} A_k(i), \tag{11}$$

where $\delta_{i,j}$ is Kronecker's delta and $A(\beta)$ is the information matrix defined in Section 2.1.

## 3. Procedures to Detect Time Dependence

### 3.1. *Family of Score Statistics*

Several researchers have recognized that the proportional hazards model with time constant explanatory variables has its limitations. Some researchers have derived score test statistics for particular alternatives, while others have suggested omnibus procedures. Kay (1984) and Gill and Schumacher (1987) give reviews and recent references. Here we describe a family of score statistics.

The score statistic to test $\gamma = 0$ when the hazard function is specified by equation (7) is given by $T_k^2/v_k$, where

$$T_k = \sum_{i \in D} g(t_i) \hat{r}_{i,k} \tag{12}$$

and $v_k$ is given by

$$v_k = \sum_{i \in D} g^2(t_i) A_{k,k}(i) - \left\{ \sum_{i \in D} g(t_i) A_k(i) \right\}' A(\beta)^{-1} \sum_{i \in D} g(t_i) A_k(i), \tag{13}$$

using equation (11).

For a test statistic for the two-sample problem, Breslow *et al.* (1984) consider a statistic of the form $T_k$, equation (12). To give a statistic which depends only on the rank order of the observations, they take $g(t)$ to be a predictable function rather than predetermined. They suggest two choices of $g(t)$ for the two-sample problem, namely the rank of the failure time, i.e.

$$g(t_i) = \sum_{t_k \leqslant t_i} \delta_k, \tag{14}$$

where $\delta_k$ is the censoring indicator defined in Section 2.1, or an estimate of the cumulative hazard function assuming a completely homogeneous sample, i.e.

$$g(t_i) = \sum_{t_k \leqslant t_i} \delta_k N_k^{-1}, \tag{15}$$

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

where $N_k$ is the number of elements of $R_k$ or equivalently the number of cases still at risk just before time $t_k$. In both equation (14) and equation (15), $g(t_i)$ is increasing and, for a more general alternative, $g(t_i)$ could be taken either as a polynomial in the ranks, equation (14), or the cumulative hazard function estimate, equation (15). These ideas for constructing statistics can obviously be extended to situations more general than the two-sample choice of covariate.

### 3.2. *Omnibus Statistics*

Omnibus goodness-of-fit statistics to detect non-constant proportional hazards have been considered by several researchers. With the lack of any *a priori* functional form for the time dependence in equation (7), it can be approximated by a piecewise linear function constant over *a priori* specified time intervals. This is the approach of Schoenfeld (1980), Moreau *et al.* (1985), Moreau *et al.* (1986) and Andersen (1982) who all model the time dependence by an extension of equation (7) which allows for interaction between all components of $z$ and time. The model is given by

$$\lambda(t \mid z_j) = \lambda_0(t) \exp\left\{z_j'\beta + \sum_{k=1}^{p} g_k(t) z_{j,k}\right\},$$

where each $g_k(t)$ is linear over the *a priori* specified partition $B_1, \ldots, B_q$ of the time domain into disjoint intervals, i.e.

$$g_k(t) = \gamma_{sk}, \qquad t \in B_s, \quad k = 1, \ldots, p, \quad s = 1, \ldots, q,$$

zero elsewhere, and the $\gamma$s are unknown.

In particular, the score test statistic of Moreau *et al.* (1985) is given by

$$\sum_{s=1}^{q} \hat{r}_{.s}' C_s^{-1} \hat{r}_{.s}, \tag{16}$$

where

$$\hat{r}_{.s} = \sum_{i \in B_s} \hat{r}_i$$

and

$$C_s = \sum_{i \in B_s} A(i), \qquad s = 1, \ldots, q.$$

This statistic has a large sample chi-squared distribution on $p(q-1)$ degrees of freedom under the null hypothesis of no time dependence, i.e. the $\gamma$s are zero.

An obvious modification of expression (16) is to choose the partition $B_1 \ldots, B_q$ of the time domain so that there are approximately equal numbers of failures in each set $B_s$, $s = 1, \ldots, q$. This choice of partition is dependent on the sample but, using the arguments like those applied to the choice of $g(t_i)$ in Section 3.1, it is independent of the $\hat{r}_i$ since the choice of partition depends on failures but not their labels. Given that in most applications the variance term $A(i)$ remains relatively constant over varying $t_i$, except for large $t_i$, then the contributions to each term of the quadratic form (16) should be similar.

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

In passing, we note that Anderson and Sethilselvan (1982) consider a changepoint model where the partitioning, the $B$s, is estimated for $q=2$ or $q=3$.

## 4. Time Dependence Models

Time dependence in the basic proportional hazards model (1) may be suggested from theoretical or empirical reasoning. Crossing or converging hazard functions may be observed or proposed, *a priori*. The effect on failure of a particular variable, measured at time $t=0$, may change or, in particular, decrease with time. For example, in the model given by equation (7), if the effect of the $k$th variable is negligible for large time, then this suggests that

$$\gamma g(t) \rightarrow -\beta_k.$$

This effect might be modelled directly by replacing

$$z_{j,k}\beta_k + \gamma z_{j,k} g(t)$$

by the parametric form

$$z_{j,k}\beta_k \exp(-\rho_k t). \tag{17}$$

This model was used by Gore *et al.* (1984), who initially explored the time dependence of two covariates by taking the step function form for $g(t)$ and finding maximum likelihood estimates which indicated that model (17) was plausible. Empirical evidence may suggest a model such as expression (17) where hazard functions converge, but in other cases hazard functions may cross and then diverge.

All explanatory variables can show time dependence of a similar form if the failure times follow a generalized accelerated failure time model given by

$$\lambda(t \mid z) = h'(t)\lambda_\epsilon\{h(t) + z'\beta\},$$

where $h(t)$ is a monotone increasing function and $\lambda_\epsilon(\cdot)$ is the hazard function of a random variable $\epsilon$ having a distribution that does not depend on $z$. Here the survival time $T$ has the linear model representation $h(T) = -z'\beta + \epsilon$. For $\exp \epsilon$ having the exponential distribution, this gives a proportional hazards model since $\lambda_\epsilon(x) = \exp x$; more general conditions are given in Lawless (1986). Expanding $\log \lambda_\epsilon\{h(t)+x\}$ about $x=0$, we obtain the approximation

$$\lambda(t \mid z) = \lambda_0(t) \exp\{z'\beta\nu(t)\}, \tag{18}$$

where

$$\nu(t) = \lambda_\epsilon^{(\prime)}\{h(t)\}/\lambda_\epsilon\{h(t)\}$$
$$\lambda_0(t) = h^{(\prime)}(t)\lambda_\epsilon\{h(t)\},$$

where $(')$ denotes differentiation. The proportional hazards function given by equation (18) may also be suggested empirically. It gives the covariate effect, $z'\beta$, modulated by the function $\nu(t)$. In passing, we note that for the analysis given by Gore *et al.* (1984), section 4.4, it appears that equation (18) is a plausible model with $\nu(t) = \exp(-\rho t)$, so giving a proportional hazards model where the covariates have the same transient effect.

Taking model (18) for the form of the hazard function gives the approximate mean of the Schoenfeld $p \times 1$ vector residual $\hat{r}_i$, equation (6), as

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

Case 1:11-cv-11732-DJC Document 623-9 Filed 09/16/16 Page 8 of 18



$$\{\nu(t_i) - 1\} A(i)\beta, \tag{19}$$

with $A(i)$ defined by equation (5). This result assumes that $\nu(t)$ varies about the value unity and is derived using the theory of Schoenfeld (1982).

## 5. Smoothing Residuals

We shall consider here the possibility of detecting either the time dependence of model (7), where one component of $z$ has such an effect, or that of model (18), where the linear predictor $z'\beta$ is changed by the time varying function $\nu(t)$. We shall consider estimates of $g(t)$ for model (7) or $\nu(t)$ for model (18), obtained by smoothing the residual (6).

First we consider estimating $g(t)$. From equation (10), the mean of $\hat{r}_{i,k}$ is approximated by $\gamma g(t_i) A_{k,k}(i)$. This suggests taking $\hat{r}_{i,k}/A_{k,k}(i)$ as an estimate of $\gamma g(t_i)$, or plotting this quantity against $t_i$ or some function of $t_i$, such as its rank. This plot, in general, will appear very rough; for zero $g(t)$, the $\hat{r}_{i,k}/A_{k,k}(i)$ are approximately uncorrelated, with variance $1/A_{k,k}(i)$.

The residuals need to be smoothed and various suggestions have been published. In this paper we consider using a class of smoothers which fit lines or curves to the points using local information, as described by Hastie and Tibshirani (1986) for example, and take into account the differing variances.

For clarity, we introduce some temporary notation to explain the ideas. Suppose that uncorrelated $y_i$s have means $g^*(t_i)$ and variances $v_i$. If we assume that $g^*(t)$ is locally constant in a neighbourhood or window of values of $t$ close to $t_i$ then $g^*(t_i)$ can be estimated by a weighted average

$$\mathrm{Av}(t_i) = \Sigma\, y_i v_i^{-1} / \Sigma\, v_i^{-1}$$

and

$$\mathrm{var}\{\mathrm{Av}(t_i)\} = 1/\Sigma\, v_i^{-1},$$

where the sum is over values in the window. A disadvantage of this smoother, which is only a small refinement of a simple running average, is that the treatment of small and large $t$ values is not satisfactory, introducing possibly large biases. Also, if $g^*(t)$ were linear in $t$ or a function of $t$, then Av would not recover this linearity or functional form.

An alternative is to consider that $g^*(t)$ is locally linear in a known function, $K(t)$, i.e.

$$g^*(t) = \alpha_0 + \alpha_1 K(t).$$

Then an estimate of $g^*(t_i)$ is

$$\mathrm{Sm}(t_i) = \hat{\alpha}_0 + \hat{\alpha}_1 K(t),$$

where $(\hat{\alpha}_0, \hat{\alpha}_1)$ is found by regressing the $y$s in the $y_i$ window on $(1, K(t))$ with weight $v_i^{-1}$. The smoother Sm is identical with the weighted scatterplot smoother of Hastie and Tibshirani (1986) for regression problems, except for the introduction of $K(t)$.

We can now apply these ideas to smoothing the residuals $\hat{r}_{i,k}$, assuming their correlation to be zero; see Section 2.2. Take $y_i = \hat{r}_{i,k}/A_{k,k}(i)$, $g^*(t) = \gamma g(t)$ and $v_i = 1/A_{k,k}(i)$; then we have a possible smoother

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

$$\mathrm{Av}(t_i) = \sum_{j \in W_i^m} \hat{r}_{j,k} \Big/ \sum_{j \in W_i^m} A_{k,k}(j) \qquad (20)$$

and

$$\mathrm{var}\{\mathrm{Av}(t_i)\} = 1 \Big/ \sum_{j \in W_i^m} A_{k,k}(j). \qquad (21)$$

Here the window $W_i^m$ is a set of indices of failed cases having ranks whose values differ by no more than $m$ from that of $t_i$.

Suitable forms for $K(t)$ include the following. For crossing and then diverging hazard functions, take $K(t) = \log t$. We note that, when an exponential population is compared with a Weibull population, $g(t) = \alpha_0 + \alpha_1 \log t$ is the appropriate functional form for all $t$. We then obtain the smoother

$$\mathrm{Sm}(t_i) = \hat{\alpha}_0(i) + \hat{\alpha}_1(i) \log t_i, \qquad (22)$$

where $(\hat{\alpha}_0(i),\ \hat{\alpha}_1(i))$ is obtained as before. Where it might be possible for hazard functions to converge for large $t$ it might be more appropriate to consider

$$K(t) = 1/(c+t),$$

where $c$ is a positive number introduced to overcome the problems of small values of $t_j$. The smoothed version is given by equation (22), but $(c + t_i)^{-1}$ replaces $\log t_i$.

Now we consider smoothing the residuals when the modulated covariate model (18) appears plausible. The function $\nu(t)$ can be estimated by considering smoothers similar to Av and Sm. Assuming that the residuals $\hat{r}_i$ have approximate means given by expression (19) and are approximately uncorrelated with variances equal to $A(i)$, then a least squares estimate of $\nu(t) - 1$ similar to Av, equation (20), is given by the smoother

$$\mathrm{MAv}(t_i) = \hat{\beta}' \sum_{j \in W_i^m} \hat{r}_j \Big/ \hat{\beta}' \sum_{j \in W_i^m} A(j)\, \hat{\beta}. \qquad (23)$$

This is a pointwise smoother, like Av, and has the same weakness of bias at end points, but in practice it appears reasonable. When $p = 1$, Av and MAv are equivalent. A smoother similar to Sm can be derived but we do not give details.

We have not mentioned the choice of the window size $m$. Too large a value of $m$ possibly oversmooths the data, whereas too small a value gives a fitted curve which is too rough. Hastie and Tibshirani (1986) discuss how to choose $m$, which they call the 'span', by using a cross-validatory technique which offsets a good fit of the smoother to the data against possible bias. Alternatively, Cleveland (1985), pp. 171–174, gives an *ad hoc* empirical method of choosing the equivalent of the window or span in the account of 'lowess'. Both methods could be applied here but, generally, cross-validatory techniques tend to be extremely computer intensive. Similar problems of window width are encountered in the smoothing of periodograms to estimate spectral densities and the estimation of density functions. In our examples we take the view that the $g(t)$ of equation (7) and the $\nu(t)$ of equation (19) are fairly smooth functions, and values of $m$ are chosen subjectively.

It is possible to make these smoothed plots robust by introducing robust versions of Av and to use weighted averages which give less weight to the extremes of the window;

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

lowess of Cleveland (1985) is such an example. This modification would tend to give smoother plots than those given here.

The plots presented here are largely exploratory in nature, to be used for further model development after the fitting of a time constant proportional hazards model. We illustrate this in the next section.

## 6. Examples

### 6.1. *Simulated Data*

To investigate the feasibility of the methods mentioned, we carried out many simulations. Here we give details of one typical simulation to illustrate the methods. We generated a sample of size 50 from the unit mean negative exponential distribution and 50 observations from a Weibull distribution with hazard function $h(t) = at^{a-1}$. Labelling these sample 1 and sample 2 respectively, the ratio of hazard functions is given by $h_2(t)/h_1(t) = at^{a-1}$ or

$$\exp[\log a + (a-1)\bar{l} + (a-1)\{\log t - \bar{l}\}],$$

where $\bar{l}$ is the mean of $\log t$ over the two samples, i.e. $-(a+1)\gamma_E/2a$ where $\gamma_E$ is Euler's constant, 0.577 . . . . Thus comparing this expression with model (7) and taking $z$ to be the scalar indicator variable for sample 2, we have

$$\beta = \log a - 0.283(a^2-1)/a,$$
$$\gamma = a - 1,$$
$$g(t) = \log t - \bar{l}.$$

We have used this parameterization so that $g(t)$ varies about zero.

We give typical results for $a = 2$. We fitted the proportional hazards model for the two-sample problem assuming no time dependence and obtained $\hat{\beta} = 0.009$ with estimated standard error 0.21. From above, the theoretical value of $\beta$ is 0.261. The value of the score test statistic (16) to test for time constant effects is 30.6 when a partition of the time domain is used which gives 10 intervals each with 10 failure cases. The value of the test statistic can be referred to the chi-squared distribution with nine degrees of freedom, thus giving a highly significant value.

In Fig. 1 we plot the residuals $\hat{r}_i$, defined by equation (6), evaluated at $\beta = \hat{\beta}$, against rank order for this two-sample problem. For most times $t_i$, except the largest with ranks greater than about 80, the residuals have values about $\frac{1}{2}$ for $z = 1$ and $-\frac{1}{2}$ for $z = 0$, since $a(i) \simeq \frac{1}{2}$. It is difficult to assess much about $g(t_i)$ from such a plot for these smaller $t_i$. For the $t_i$ values having ranks greater than 80 there is an obvious excess of cases with $z = 0$ over those with $z = 1$, giving $a(i)$ values which decrease from $\frac{1}{2}$ to zero as $t_i$ increases. Finally, for the largest $t_i$s there are no cases left with $z = 1$ giving $a(i) = 0$ and $\hat{r}_i = 0$. Thus it is only for the larger $t_i$ cases that some deviation from the proportional hazards model is readily apparent from the plot of the residuals.

In Fig. 2 we give the plot of $\text{Av}(t)$, equation (20), for $m = 5$ against $\log t$. This value of $m$ was selected after trial and error. Plots with smaller values of $m$ were rougher, while those with $m$ as large as 50 gave plots with less variation. This illustrates a further problem with this estimate, since taking $m = 100$, the sample size, would give a plot equal virtually to zero, because the residuals $\hat{r}_i$ sum to zero over the sample:

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms




Fig. 1. Plot of Schoenfeld's residuals $\hat{r}_i$ (defined by equation (6)) for simulated data

$$U(\hat{\beta}) = \sum_{i \in D} \hat{r}_i = 0.$$

In Fig. 2, there is an indication of the theoretical functional form of $\gamma g(t)$, namely $\log t + 0.433$, especially the unit slope for $\log t$. However, in Fig. 3 the true time dependence is better estimated by the plot of Sm($t$), equation (22), for $m = 10$. Also given is the best weighted least squares straight line fit to all 100 residuals, i.e. Sm($t$) with $m$ equal to the sample size. This line is very close to the theoretical line $\log t + 0.433$, having slope 0.969 and intercept equal to 0.423. The shape of Sm($t$) in Fig. 3 begins to capture something of the linear nature of $g(t)$ for smaller $t$ somewhat better than Av($t$) in Fig. 2, and given the prior knowledge of the form of $g(t)$ in this case we would have estimated $g(t)$ reasonably by fitting a straight line in $\log t$ to all the data, rather than subsets.

## 6.2. *Industrial Reliability Data*

Our main example involves some reliability data obtained from British Railways concerning the distances travelled by power carriages until the failure of a turbo-charger unit. These data are obtainable from Bin Daud (1987) or from the first author. Here the observations $t_1, \ldots, t_n$ are distances, in miles, rather than times. The

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms




Fig. 2. Plot of smoothed residuals Av (defined by equation (20) with $m = 5$) against log $t$ for simulated data

data set consists of 776 observations with 462 failures and 314 withdrawals. Initially the data were collected to assess the effects of various design modifications on the power unit. A proportional hazards model, equation (1), with six indicator variables, each representing whether a particular design modification was made, was fitted. None of these variables is found to be significant, with the values of the $t$-statistics never exceeding unity in absolute value.

As part of the statistical analysis it was decided to investigate whether the time of installation of the turbocharger unit had any effect on failures. The original thinking here was that there might be a general decrease in the hazards function with later installations, representing some improvement. Consequently, a variable $z$ was set equal to the number of days from January 1st, 1982, until the installation of the turbocharger divided by 100. The proportional hazards model was fitted with this additional covariate $z$ and the regression coefficient $\beta$ was estimated to be $-0.0391$ with standard error 0.0296, indicating some effect from time of installation. This suggests that the hazard decreases 0.147 for each subsequent year of the date of installation.

The distance dependence of the variables in the proportional hazards model (1) was investigated using the omnibus score test statistic (16) and estimates from the regression model with seven covariates. With the partition of the distance domain chosen to

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

Case 1:11-cv-11732-DJC Document 623-9 Filed 09/16/16 Page 13 of 18






Fig. 3. Plot of smoothed residuals Sm (defined by equation (22) with $m = 10$) against log $t$ for simulated data

include 21 failure distances in each interval, giving 22 intervals in total, the value of the statistic (16) is found to be 142.0 which can be referred to the chi-squared distribution on $7 \times (22-1)$ or 147 degrees of freedom. The value of the statistic indicates no distance dependence.

Since only time of installation is significant, we investigated the distance constancy of this variable on the hazards function by calculating Sm($t$). In Fig. 4 we plot Sm($t_i$) for $m = 25$ against the rank of $t_i$ among failed cases and withdrawals. An important point to be drawn from this plot is that the estimate of $\gamma g(t)$, for distances $t_i$ having ranks equal to 320–455, is about $-0.1$, i.e. about 2.5 times the value, $-0.0391$, of $\hat{\beta}$. There are other fluctuations in the plot of Sm but these do not appear quite as significant, except for the values of Sm close to 0.1 for distances $t_i$ having ranks equal to about 90–130. In Fig. 4 we also give a 95% tolerance interval for Av assuming that $g(t) = 0$, i.e. the points at

$$\pm 2\sqrt{\text{var}\{\text{Av}(t_i)\}}$$

are plotted with the variance given by equation (21). We note that Av is largely inside this pointwise interval but the accuracy of the size of the confidence of the interval has not been investigated in detail; we suggest that it is somewhat conservative. Fig. 4

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms




Fig. 4. Plot of smoothed residual Av, for time of installation, for the turbocharger data against rank of distance travelled: ——— , Av defined by equation (20) with $m = 25$; --------, 95% confidence intervals using equation (21)

suggests an interesting interaction between date of installation and failure distance.

We plotted values of Sm for the design modification variables, but since they are all non-significant we discount the possibility of there being any significant interactions, and, to support this, we have a non-significant value of the omnibus statistic, as given earlier. However, spurious effects can manifest themselves if plots are interpreted uncritically.

We can investigate the interaction effect suggested by Fig. 4 by using the modulated proportional hazards model (18), i.e. the effect $\nu(t)$ acts simultaneously on all covariates in the model. In Fig. 5 we plot the values of the smoother MAv, equation (23), for $m = 50$ against the rank of $t_i$; the plot is an estimate of $\nu(t) - 1$. Again, the value of $m$ was chosen subjectively to obtain a reasonable plot. It shows that the estimate of $\nu(t)$ increases steadily from a near zero value for $t$ values having ranks less than 100 to a value of about 3 for $t$ values having ranks equal to about 400. The estimate then decreases to about half for the largest values of $t$. This suggests that the covariates have little effect on the hazard function of early failures, have their greatest effect for failures with ranks about 400 and then their effect decreases.

A reasonable course might be to fit a model of the modulated form (18) with only

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms




Fig. 5. Plot of smoothed residual MAv (defined by equation (23) with $m = 50$) for the turbocharger data against rank of distance travelled

date of installation in the linear predictor, since the other covariates were found to be non-significant. The form of $\nu(t)$ is suggested by the plot in Fig. 5, where the abscissa is the rank of distance. A suitable form for $\nu(t)$ is given by the shape of the gamma density function

$$\nu(t) = t^{\alpha} \exp(-\rho r_t),$$

where $r_t$ is the rank, scaled to be in [0, 1], of the distance travelled, $t$. This function captures the general shape indicated by Fig. 5. At a later stage the rank of distance travelled could be related to distance travelled. This choice of $\nu$, for positive $\alpha$ and $\rho$, has a maximum value at $\alpha/\rho$ and we reparameterize in terms of $\theta$, which is equal to $\alpha/\rho$, and also standardize $\nu$ so that it varies between zero and unity. This gives

$$\nu(t) = (r_t/\theta)^{\alpha} \exp\{-\alpha(r_t\theta^{-1} - 1)\}, \tag{24}$$

so that now we propose to fit the model with hazard function given by

$$\lambda(t \mid z) = \lambda_0(t) \exp\{z\beta\nu(t)\}, \tag{25}$$

where $\nu$ is given by equation (24) and $z$ corresponds to the date of installation of the

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

turbocharger. Fig. 5 suggests that $\theta$, the value of $r_t$ so that $\nu$ achieves its maximum, is at about 400/776 or approximately 0.5, 776 being the sample size.

First we refitted the standard proportional hazards model (1) with date of installation as the only covariate. The results of maximum likelihood estimation are summarized in Table 1. Next we fitted model (25) with $\theta = 0.5$, the value of $\theta$ suggested by Fig. 5, and, with both $\alpha$ and $\beta$ estimated, we find $\hat{\alpha} = 33.30$ and $\hat{\beta} = -0.177$. The change in the $-2l$ value is 13.26, compared with the null model, and the change is 9.3 compared with the $\beta$-only model. Referring this value to the chi-squared distribution on one or two degrees of freedom, taking $\theta$ as fixed or estimated respectively, the value 9.3 is significant at the 1.0% level, indicating that there is significant support for taking a non-zero $\alpha$ in $\nu$.

When $l$ is maximized with respect to all three parameters $\alpha$, $\beta$ and $\theta$, we find that $\hat{\theta}$ is 0.502, $\hat{\alpha}$ and $\hat{\beta}$ are both unchanged from the values when $\theta = 0.5$. The value of $l$ is also unchanged. Thus the estimate of $\theta$ from Fig. 5 is very reasonable.

We tried two other values of $\theta$, 0.4 and 0.6, and the results are given in Table 1. Looking at the changes in values of $-2l$, these results suggest that (0.4, 0.6) provides at least a 95% confidence interval for $\theta$.

The fitted model with $\alpha = 33.30$ and $\theta = 0.5$ has $\beta = -0.177$, almost five times the value of $\hat{\beta}$ for the $\beta$-only model. However, the value of $\nu$ is necessarily between zero and unity and is estimated to be between 0.5 and 1.0 for $r_t$ in [0.41, 0.60], but less than 0.01 for $r_t$ less than 0.29 and greater than 0.81. Thus the effect of the time of installation on the hazard function is very much concentrated on middle distances travelled and is negligible for short and long distances. The fitting of the model given by equation (25) has quantified the initial impression given by the plots in Figs 4 and 5.

We investigated further the implications of this model. We formed 10 groups of observations defined by the deciles for the variable time of installation, so that we had 10 groups each with about 77 observations irrespective of numbers of failures or withdrawals. For each group we estimated the reliability or survival curve using the estimate of Kaplan and Meier (1958). We plotted the survival curves and the complementary double logarithm of them against rank of distance travelled for each group. These plots confirm that there is little difference between survival curves of groups for small distances, up to about rank 200, and over the range of ranks from 300 to 600 there are differences consistent with the fitted model, equation (25). However, the plots suggest that the effect of $z$ is more complex than linear, with the greatest effect from $z$ coming in the eighth decile group rather than the 10th, which the model linear in $z$ would suggest. A more general model would be to consider

TABLE 1
*Parameter estimates for the turbocharger data*

| *Model* | $\beta$ | $\alpha$ | $\theta$ | $-2l+5357.08$ |
|---|---|---|---|---|
| Null | 0 | — | — | 0.00 |
| $\beta$ only | −0.0376 | — | — | 3.96 |
| $\nu$ model | −0.177 | 33.30 | 0.502 | 13.26 |
| $\nu$ model, $\theta = 0.4$ | −0.104 | 5.94 | 0.4 | 9.20 |
| $\nu$ model, $\theta = 0.6$ | −0.109 | 13.95 | 0.6 | 8.84 |

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

$$\lambda(t|z) = \lambda_0(t) \exp\{\zeta(z)\, \nu(t)\},$$

where $\zeta(z)$ is a non-linear function in $z$ and has to be estimated. Initially, $\zeta$ could be taken to be quadratic in $z$.

Since we are considering the failure of a mechanical item, the early failures could be due to items which are supplied with faults which manifest themselves quickly, independently of the covariate value, much in the same way that the early part of the so-called 'bathtub' hazard function is formed. Then for middle distances travelled, obviously improved engineering practice results in a decreased hazard for turbochargers fitted later. The effect from improved engineering appears diminished for the longest distances travelled, when 'old age' explains the failures.

This interaction would not have been found if we had solely relied on the value of the omnibus statistic (16) but became evident when the plots of the residuals were used. The plots suggested model (25) and its fitting further quantified the observed effect and the distance dependence was then further revealed by stratifying according to date of fitment.

## 7. Conclusions

In this paper we have shown that time dependence in the proportional hazards model can be investigated by smoothing Schoenfeld's residuals. The techniques are intended to be used as part of data analysis to suggest plausible time-dependent models when time constant explanatory variables in the proportional hazards model may not be reasonable and the *a priori* form of the time dependence is not known. The plots can be reinforced by values of the statistics for testing for time constant covariates as given in Section 3.1. Smoothing the Schoenfeld residuals can be more revealing than the step function approach suggested by the statistics of Section 3.2. Evidence of the usefulness of our approach is given, but our smoothing techniques are relatively unsophisticated and could be improved.

In conclusion, the ideas outlined in this paper illustrate the modern view of statistical analysis (Box, 1980, 1988), which involves feedback, model fitting followed by criticism, deduction and induction. However, we note that quoting unconditional significance levels for data-derived models may be misleading.

## Acknowledgements

We are particularly grateful to Mr D. M. Walley, Inter City Reliability Engineer, British Railways Board, Derby, for providing the turbocharger failure data set. The second author was supported by a post-graduate grant from the University of Agriculture, Malaysia, Serdang. We are both grateful to Loughborough University where much of the work for this paper was carried out.

## References

Andersen, P. K. (1982) Testing goodness-of-fit of Cox's regression and life model. *Biometrics*, **38**, 67–77.

Anderson, J. A. and Sethilselvan, A. (1982) A two-step regression model for hazard functions. *Appl. Statist.*, **31**, 44–51.

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms

Case 1:11-cv-11732-DJC Document 623-9 Filed 09/16/16 Page 18 of 18



Bin Daud, I. (1987) Influence diagnostics in regression with censored data. *PhD Thesis*. Loughborough University.

Box, G. E. P. (1980) Sampling and Bayes' inference in scientific modelling and robustness (with discussion). *J. R. Statist. Soc.* A, **143**, 383–430.

——— (1988) Signal-to-noise ratios, performance criteria, and transformations. *Technometrics*, **30**, 1–17.

Breslow, N. E., Edler, L. and Berger, J. (1984) A two-sample censored-data rank test for acceleration. *Biometrics*, **40**, 1049–1062.

Cleveland, W. S. (1985) *The Elements of Graphing Data*. Monterey: Wadsworth.

Cox, D. R. (1972) Regression models and life-tables (with discussion). *J. R. Statist. Soc.* B, **34**, 187–220.

Cox, D. R. and Oakes, D. (1984) *Analysis of Survival Data*, ch. 1. London: Chapman and Hall.

Gill, R. and Schumacher, M. (1987) A simple test of proportional hazards assumption. *Biometrika*, **74**, 289–300.

Gore, S. M., Pocock, S. J. and Kerr, G. R. (1984) Regression models and non-proportional hazards in the analysis of breast cancer survival. *Appl. Statist.*, **33**, 176–195.

Hastie, T. and Tibshirani, R. (1986) Generalized additive models. *Statist. Sci.*, **1**, 297–318.

Kaplan, E. L. and Meier, P. (1958) Non-parametric estimation from incomplete observations. *J. Am. Statist. Ass.*, **53**, 457–481.

Kay, R. (1984) Goodness-of-fit methods for the Proportional Hazards Regression model: a review. *Rev. Epidem. Snt. Publ.*, **32**, 185–198.

Lawless, J. F. (1986) A note on lifetime regression models. *Biometrika*, **73**, 509–512.

Moreau, T., O'Quigley, J. and Lellouch, J. (1986) On D. Schoenfeld's approach for testing the proportional hazards assumption. *Biometrika*, **73**, 513–515.

Moreau, T., O'Quigley, J. and Mesbah, M. (1985) A global goodness-of-fit statistic for the proportional hazards model. *Appl. Statist.*, **34**, 212–218.

Schoenfeld, D. (1980) Chi-squared goodness-of-fit test for the proportional hazards regression model. *Biometrika*, **67**, 145–153.

——— (1982) Partial residuals for the proportional hazards regression model. *Biometrika*, **69**, 239–241.

This content downloaded from 132.174.254.159 on Wed, 07 Sep 2016 20:54:26 UTC
All use subject to http://about.jstor.org/terms