

JEFFREY M. WOOLDRIDGE

# ECONOMETRIC ANALYSIS OF CROSS SECTION AND PANEL DATA

# Econometric Analysis of Cross Section and Panel Data

Jeffrey M. Wooldridge

The MIT Press
Cambridge, Massachusetts
London, England

# 20 Duration Analysis

## 20.1 Introduction

Some response variables in economics come in the form of a **duration**, which is the time elapsed until a certain event occurs. A few examples include weeks unemployed, months spent on welfare, days until arrest after incarceration, and quarters until an Internet firm files for bankruptcy.

The recent literature on duration analysis is quite rich. In this chapter we focus on the developments that have been used most often in applied work. In addition to providing a rigorous introduction to modern duration analysis, this chapter should prepare you for more advanced treatments, such as Lancaster's (1990) monograph.

Duration analysis has its origins in what is typically called **survival analysis**, where the duration of interest is survival time of a subject. In survival analysis we are interested in how various treatments or demographic characteristics affect survival times. In the social sciences, we are interested in any situation where an individual—or family, or firm, and so on—begins in an initial state and is either observed to exit the state or is censored. (We will discuss the exact nature of censoring in Sections 20.3 and 20.4.) The calendar dates on which units enter the initial state do not have to be the same. (When we introduce covariates in Section 20.2.2, we note how dummy variables for different calendar dates can be included in the covariates, if necessary, to allow for systematic differences in durations by starting date.)

Traditional duration analysis begins by specifying a population distribution for the duration, usually conditional on some explanatory variables (covariates) observed at the beginning of the duration. For example, for the population of people who became unemployed during a particular period, we might observe education levels, experience, marital status—all measured when the person becomes unemployed—wage on prior job, and a measure of unemployment benefits. Then we specify a distribution for the unemployment duration conditional on the covariates. Any reasonable distribution reflects the fact that an unemployment duration is nonnegative. Once a complete conditional distribution has been specified, the same maximum likelihood methods that we studied in Chapter 16 for censored regression models can be used. In this framework, we are typically interested in estimating the effects of the covariates on the expected duration.

Recent treatments of duration analysis tend to focus on the hazard function. The hazard function allows us to approximate the probability of exiting the initial state within a short interval, conditional on having survived up to the starting time of the interval. In econometric applications, hazard functions are usually conditional on some covariates. An important feature for policy analysis is allowing the hazard function to depend on covariates that change over time.

In Section 20.2 we define and discuss hazard functions, and we settle certain issues involved with introducing covariates into hazard functions. In Section 20.3 we show how censored regression models apply to standard duration models with single-cycle flow data, when all covariates are time constant. We also discuss the most common way of introducing unobserved heterogeneity into traditional duration analysis. Given parametric assumptions, we can test for duration dependence—which means that the probability of exiting the initial state depends on the length of time in the state—as well as for the presence of unobserved heterogeneity.

In Section 20.4 we study methods that allow flexible estimation of a hazard function, both with time-constant and time-varying covariates. We assume that we have grouped data; this term means that durations are observed to fall into fixed intervals (often weekly or monthly intervals) and that any time-varying covariates are assumed to be constant within an interval. We focus attention on the case with two states, with everyone in the population starting in the initial state, and single-cycle data, where each person either exits the initial state or is censored before exiting. We also show how heterogeneity can be included when the covariates are strictly exogenous.

We touch on some additional issues in Section 20.5.

## 20.2 Hazard Functions

The hazard function plays a central role in modern duration analysis. In this section, we discuss various features of the hazard function, both with and without covariates, and provide some examples.

### 20.2.1 Hazard Functions without Covariates

Often in this chapter it is convenient to distinguish random variables from particular outcomes of random variables. Let $T \geq 0$ denote the duration, which has some distribution in the population; $t$ denotes a particular value of $T$. (As with any econometric analysis, it is important to be very clear about the relevant population, a topic we consider in Section 20.3.) In survival analysis, $T$ is the length of time a subject lives. Much of the current terminology in duration analysis comes from survival applications. For us, $T$ is the time at which a person (or family, firm, and so on) leaves the initial state. For example, if the initial state is unemployment, $T$ would be the time, measured in, say, weeks, until a person becomes employed.

The cumulative distribution function (cdf) of $T$ is defined as

$$F(t) = \mathrm{P}(T \leq t), \qquad t \geq 0 \tag{20.1}$$

The **survivor function** is defined as $S(t) \equiv 1 - F(t) = \mathrm{P}(T > t)$, and this is the probability of "surviving" past time $t$. We assume in the rest of this section that $T$ is continuous—and, in fact, has a differentiable cdf—because this assumption simplifies statements of certain probabilities. Discreteness in observed durations can be viewed as a consequence of the sampling scheme, as we discuss in Section 20.4. Denote the density of $T$ by $f(t) = \frac{dF}{dt}(t)$.

For $h > 0$,

$$\mathrm{P}(t \le T < t + h \mid T \ge t) \tag{20.2}$$

is the probabilty of leaving the initial state in the interval $[t, t + h)$ given survival up until time $t$. The **hazard function** for $T$ is defined as

$$\lambda(t) = \lim_{h \downarrow 0} \frac{\mathrm{P}(t \le T < t + h \mid T \ge t)}{h} \tag{20.3}$$

For each $t$, $\lambda(t)$ is the instantaneous rate of leaving per unit of time. From equation (20.3) it follows that, for "small" $h$,

$$\mathrm{P}(t \le T < t + h \mid T \ge t) \approx \lambda(t)h \tag{20.4}$$

Thus the hazard function can be used to approximate a conditional probability in much the same way that the height of the density of $T$ can be used to approximate an unconditional probability.

*Example 20.1 (Unemployment Duration):* If $T$ is length of time unemployed, measured in weeks, then $\lambda(20)$ is (approximately) the probability of becoming employed between weeks 20 and 21. The phrase "becoming employed" reflects the fact that the person was unemployed up through week 20. That is, $\lambda(20)$ is roughly the probability of becoming employed between weeks 20 and 21, conditional on having been unemployed through week 20.

*Example 20.2 (Recidivism Duration):* Suppose $T$ is the number of months before a former prisoner is arrested for a crime. Then $\lambda(12)$ is roughly the probability of being arrested during the 13th month, conditional on not having been arrested during the first year.

We can express the hazard function in terms of the density and cdf very simply. First, write

$$\mathrm{P}(t \le T < t + h \mid T \ge t) = \mathrm{P}(t \le T < t + h)/\mathrm{P}(T \ge t) = \frac{F(t + h) - F(t)}{1 - F(t)}$$

When the cdf is differentiable, we can take the limit of the right-hand side, divided by $h$, as $h$ approaches zero from above:

$$\lambda(t) = \lim_{h \downarrow 0} \frac{F(t+h) - F(t)}{h} \cdot \frac{1}{1 - F(t)} = \frac{f(t)}{1 - F(t)} = \frac{f(t)}{S(t)} \tag{20.5}$$

Because the derivative of $S(t)$ is $-f(t)$, we have

$$\lambda(t) = -\frac{d \log S(t)}{dt} \tag{20.6}$$

and, using $F(0) = 0$, we can integrate to get

$$F(t) = 1 - \exp\left[-\int_0^t \lambda(s)\, ds\right], \qquad t \geq 0 \tag{20.7}$$

Straightforward differentiation of equation (20.7) gives the density of $T$ as

$$f(t) = \lambda(t) \exp\left[-\int_0^t \lambda(s)\, ds\right] \tag{20.8}$$

Therefore, all probabilities can be computed using the hazard function. For example, for points $a_1 < a_2$,

$$\mathrm{P}(T \geq a_2 \mid T \geq a_1) = \frac{1 - F(a_2)}{1 - F(a_1)} = \exp\left[-\int_{a_1}^{a_2} \lambda(s)\, ds\right]$$

and

$$\mathrm{P}(a_1 \leq T < a_2 \mid T \geq a_1) = 1 - \exp\left[-\int_{a_1}^{a_2} \lambda(s)\, ds\right] \tag{20.9}$$

This last expression is especially useful for constructing the log-likelihood functions needed in Section 20.4.

The shape of the hazard function is of primary interest in many empirical applications. In the simplest case, the hazard function is constant:

$$\lambda(t) = \lambda, \qquad \text{all } t \geq 0 \tag{20.10}$$

This function means that the process driving $T$ is *memoryless*: the probability of exit in the next interval does not depend on how much time has been spent in the initial state. From equation (20.7), a constant hazard implies

$$F(t) = 1 - \exp(-\lambda t) \tag{20.11}$$

which is the cdf of the **exponential distribution**. Conversely, if $T$ has an exponential distribution, it has a constant hazard.

When the hazard function is not constant, we say that the process exhibits **duration dependence**. Assuming that $\lambda(\cdot)$ is differentiable, there is **positive duration dependence** at time $t$ if $\mathrm{d}\lambda(t)/\mathrm{d}t > 0$; if $\mathrm{d}\lambda(t)/\mathrm{d}t > 0$ for all $t > 0$, then the process exhibits positive duration dependence. With positive duration dependence, the probability of exiting the initial state increases the longer one is in the initial state. If the derivative is negative, then there is **negative duration dependence**.

*Example 20.3 (Weibull Distribution):* If $T$ has a **Weibull distribution**, its cdf is given by $F(t) = 1 - \exp(-\gamma t^{\alpha})$, where $\gamma$ and $\alpha$ are nonnegative parameters. The density is $f(t) = \gamma\alpha t^{\alpha-1}\exp(-\gamma t^{\alpha})$. By equation (20.5), the hazard function is

$$\lambda(t) = f(t)/S(t) = \gamma\alpha t^{\alpha-1} \tag{20.12}$$

When $\alpha = 1$, the Weibull distribution reduces to the exponential with $\lambda = \gamma$. If $\alpha > 1$, the hazard is monotonically increasing, so the hazard everywhere exhibits positive duration dependence; for $\alpha < 1$, the hazard is monotonically decreasing. Provided we think the hazard is monotonically increasing or decreasing, the Weibull distribution is a relatively simple way to capture duration dependence.

We often want to specify the hazard directly, in which case we can use equation (20.7) to determine the duration distribution.

*Example 20.4 (Log-Logistic Hazard Function):* The **log-logistic hazard** function is specified as

$$\lambda(t) = \frac{\gamma\alpha t^{\alpha-1}}{1 + \gamma t^{\alpha}} \tag{20.13}$$

where $\gamma$ and $\alpha$ are positive parameters. When $\alpha = 1$, the hazard is monotonically decreasing from $\gamma$ at $t = 0$ to zero as $t \to \infty$; when $\alpha < 1$, the hazard is also monotonically decreasing to zero as $t \to \infty$, but the hazard is unbounded as $t$ approaches zero. When $\alpha > 1$, the hazard is increasing until $t = [(\alpha - 1)/\gamma]^{1-\alpha}$, and then it decreases to zero.

Straightforward integration gives

$$\int_0^t \lambda(s)\,ds = \log(1 + \gamma t^{\alpha}) = -\log[(1 + \gamma t^{\alpha})^{-1}]$$

so that, by equation (20.7),

$$F(t) = 1 - (1 + \gamma t^{\alpha})^{-1}, \qquad t \geq 0 \tag{20.14}$$

Differentiating with respect to $t$ gives

$$f(t) = \gamma\alpha t^{\alpha-1}(1 + \gamma t^{\alpha})^{-2}$$

Using this density, it can be shown that $Y \equiv \log(T)$ has density $g(y) = \alpha \exp[\alpha(y - \mu)]/\{1 + \exp[\alpha(y - \mu)]\}^2$, where $\mu = -\alpha^{-1} \log(\gamma)$ is the mean of $Y$. In other words, $\log(T)$ has a **logistic distribution** with mean $\mu$ and variance $\pi^2/(3\alpha^2)$ (hence the name "log-logistic").

### 20.2.2 Hazard Functions Conditional on Time-Invariant Covariates

Usually in economics we are interested in hazard functions conditional on a set of covariates or regressors. When these do not change over time—as is often the case given the way many duration data sets are collected—then we simply define the hazard (and all other features of $T$) conditional on the covariates. Thus, the conditional hazard is

$$\lambda(t; \mathbf{x}) = \lim_{h \downarrow 0} \frac{\mathrm{P}(t \leq T < t + h \mid T \geq t, \mathbf{x})}{h}$$

where $\mathbf{x}$ is a vector of explanatory variables. All of the formulas from the previous subsection continue to hold provided the cdf and density are defined conditional on $\mathbf{x}$. For example, if the conditional cdf $F(\cdot \mid \mathbf{x})$ is differentiable, we have

$$\lambda(t; \mathbf{x}) = \frac{f(t \mid \mathbf{x})}{1 - F(t \mid \mathbf{x})} \tag{20.15}$$

where $f(\cdot \mid \mathbf{x})$ is the density of $T$ given $\mathbf{x}$. Often we are interested in the partial effects of the $x_j$ on $\lambda(t; \mathbf{x})$, which are defined as partial derivatives for continuous $x_j$ and as differences for discrete $x_j$.

If the durations start at different calendar dates—which is usually the case—we can include indicators for different starting dates in the covariates. These allow us to control for seasonal differences in duration distributions.

An especially important class of models with time-invariant regressors consists of **proportional hazard models**. A proportional hazard can be written as

$$\lambda(t; \mathbf{x}) = \kappa(\mathbf{x})\lambda_0(t) \tag{20.16}$$

where $\kappa(\cdot) > 0$ is a nonnegative function of $\mathbf{x}$ and $\lambda_0(t) > 0$ is called the **baseline hazard**. The baseline hazard is common to all units in the population; individual hazard functions differ proportionately based on a function $\kappa(\mathbf{x})$ of observed covariates.

Typically, $\kappa(\cdot)$ is parameterized as $\kappa(\mathbf{x}) = \exp(\mathbf{x}\boldsymbol{\beta})$, where $\boldsymbol{\beta}$ is a vector of parameters. Then

$$\log \lambda(t; \mathbf{x}) = \mathbf{x}\boldsymbol{\beta} + \log \lambda_0(t) \tag{20.17}$$

and $\beta_j$ measures the semielasticity of the hazard with respect to $x_j$. [If $x_j$ is the log of an underlying variable, say $x_j = \log(z_j)$, $\beta_j$ is the elasticity of the hazard with respect to $z_j$.]

Occasionally we are interested only in how the covariates shift the hazard function, in which case estimation of $\lambda_0$ is not necessary. Cox (1972) obtained a partial maximum likelihood estimator for $\boldsymbol{\beta}$ that does not require estimating $\lambda_0(\cdot)$. We discuss Cox's approach briefly in Section 20.5. In economics, much of the time we are interested in the shape of the baseline hazard. We discuss estimation of proportional hazard models with a flexible baseline hazard in Section 20.4.

If in the Weibull hazard function (20.12) we replace $\gamma$ with $\exp(\mathbf{x}\boldsymbol{\beta})$, where the first element of $\mathbf{x}$ is unity, we obtain a proportional hazard model with $\lambda_0(t) \equiv \alpha t^{\alpha-1}$. However, if we replace $\gamma$ in equation (20.13) with $\exp(\mathbf{x}\boldsymbol{\beta})$—which is the most common way of introducing covariates into the log-logistic model—we do not obtain a hazard with the proportional hazard form.

*Example 20.1 (continued):* If $T$ is an unemployment duration, $\mathbf{x}$ might contain education, labor market experience, marital status, race, and number of children, all measured at the beginning of the unemployment spell. Policy variables in $\mathbf{x}$ might reflect the rules governing unemployment benefits, where these are known before each person's unemployment duration.

*Example 20.2 (continued):* To explain the length of time before arrest after release from prison, the covariates might include participation in a work program while in prison, years of education, marital status, race, time served, and past number of convictions.

### 20.2.3 Hazard Functions Conditional on Time-Varying Covariates

Studying hazard functions is more complicated when we wish to model the effects of time-varying covariates on the hazard function. For one thing, it makes no sense to specify the distribution of the duration $T$ conditional on the covariates at only one time period. Nevertheless, we can still define the appropriate conditional probabilities that lead to a conditional hazard function.

Let $\mathbf{x}(t)$ denote the vector of regressors at time $t$; again, this is the random vector describing the population. For $t \geq 0$, let $\mathbf{X}(t)$, $t \geq 0$, denote the covariate path up

through time $t$: $\mathbf{X}(t) \equiv \{\mathbf{x}(s): 0 \leq s \leq t\}$. Following Lancaster (1990, Chapter 2), we define the conditional hazard function at time $t$ by

$$\lambda[t; \mathbf{X}(t)] = \lim_{h \downarrow 0} \frac{\mathrm{P}[t \leq T < t+h \mid T \geq t, \mathbf{X}(t+h)]}{h} \tag{20.18}$$

assuming that this limit exists. A discussion of assumptions that ensure existence of equation (20.18) is well beyond the scope of this book; see Lancaster (1990, Chapter 2). One case where this limit exists very generally occurs when $T$ is continuous and, for each $t$, $\mathbf{x}(t+h)$ is constant for all $h \in [0, \eta(t)]$ for some function $\eta(t) > 0$. Then we can replace $\mathbf{X}(t+h)$ with $\mathbf{X}(t)$ in equation (20.18) [because $\mathbf{X}(t+h) = \mathbf{X}(t)$ for $h$ sufficiently small]. For reasons we will see in Section 20.4, we must assume that time-varying covariates are constant over the interval of observation (such as a week or a month), anyway, in which case there is no problem in defining equation (20.18).

For certain purposes, it is important to know whether time-varying covariates are **strictly exogenous**. With the hazard defined as in equation (20.18), Lancaster (1990, Definition 2.1) provides a definition that rules out feedback from the duration to future values of the covariates. Specifically, if $\mathbf{X}(t, t+h)$ denotes the covariate path from time $t$ to $t+h$, then Lancaster's strict exogeneity condition is

$$\mathrm{P}[\mathbf{X}(t, t+h) \mid T \geq t+h, \mathbf{X}(t)] = \mathrm{P}[\mathbf{X}(t, t+h) \mid \mathbf{X}(t)] \tag{20.19}$$

for all $t \geq 0$, $h > 0$. Actually, when condition (20.19) holds, Lancaster says $\{\mathbf{x}(t): t > 0\}$ is "exogenous." We prefer the name "strictly exogenous" because condition (20.19) is closely related to the notions of strict exogeneity that we have encountered throughout this book. Plus, it is important to see that condition (20.19) has nothing to do with contemporaneous endogeneity: by definition, the covariates are **sequentially exogenous** (see Section 11.1.1) because, by specifying $\lambda[t; \mathbf{X}(t)]$, we are conditioning on current and past covariates.

Equation (20.19) applies to covariates whose entire path is well-defined whether or not the agent is in the initial state. One such class of covariates, called **external covariates** by Kalbfleisch and Prentice (1980), has the feature that the covariate path is independent of whether any particular agent has or has not left the initial state. In modeling time until arrest, these covariates might include law enforcement per capita in the person's city of residence or the city unemployment rate.

Other covariates are not external to each agent but have paths that are still defined after the agent leaves the initial state. For example, marital status is well-defined before and after someone is arrested, but it is possibly related to whether someone has been arrested. Whether marital status satisfies condition (20.19) is an empirical issue.

The definition of strict exogeneity in condition (20.19) cannot be applied to time-varying covariates whose path is not defined once the agent leaves the initial state. Kalbfleisch and Prentice (1980) call these **internal covariates**. Lancaster (1990, p. 28) gives the example of job tenure duration, where a time-varying covariate is wage paid on the job: if a person leaves the job, it makes no sense to define the future wage path in that job. As a second example, in modeling the time until a former prisoner is arrested, a time-varying covariate at time $t$ might be wage income in the previous month, $t-1$. If someone is arrested and reincarcerated, it makes little sense to define future labor income.

It is pretty clear that internal covariates cannot satisfy any reasonable strict exogeneity assumption. This fact will be important in Section 20.4 when we discuss estimation of duration models with unobserved heterogeneity and grouped duration data. We will actually use a slightly different notion of strict exogeneity that is directly relevant for conditional maximum likelihood estimation. Nevertheless, it is in the same spirit as condition (20.19).

With time-varying covariates there is not, strictly speaking, such a thing as a proportional hazard model. Nevertheless, it has become common in econometrics to call a hazard of the form

$$\lambda[t; \mathbf{x}(t)] = \kappa[\mathbf{x}(t)]\lambda_0(t) \tag{20.20}$$

a **proportional hazard with time-varying covariates**. The function multiplying the baseline hazard is usually $\kappa[\mathbf{x}(t)] = \exp[\mathbf{x}(t)\boldsymbol{\beta}]$; for notational reasons, we show this depending only on $\mathbf{x}(t)$ and not on past covariates [which can always be included in $\mathbf{x}(t)$]. We will discuss estimation of these models, without the strict exogeneity assumption, in Section 20.4.2. In Section 20.4.3, when we multiply equation (20.20) by unobserved heterogeneity, strict exogeneity becomes very important.

The log-logistic hazard is also easily modified to have time-varying covariates. One way to include time-varying covariates parametrically is

$$\lambda[t; \mathbf{x}(t)] = \exp[\mathbf{x}(t)\boldsymbol{\beta}]\alpha t^{\alpha-1}/\{1 + \exp[\mathbf{x}(t)\boldsymbol{\beta}]t^{\alpha}\}$$

We will see how to estimate $\alpha$ and $\boldsymbol{\beta}$ in Section 20.4.2.

## 20.3 Analysis of Single-Spell Data with Time-Invariant Covariates

We assume that the population of interest is individuals entering the initial state during a given interval of time, say $[0, b]$, where $b > 0$ is a known constant. (Naturally, "individual" can be replaced with any population unit of interest, such as "family" or "firm.") As in all econometric contexts, it is very important to be explicit about the

underlying population. By convention, we let zero denote the earliest calendar date that an individual can enter the initial state, and $b$ is the last possible date. For example, if we are interested in the population of U.S. workers who became unemployed at any time during 1998, and unemployment duration is measured in years (with .5 meaning half a year), then $b = 1$. If duration is measured in weeks, then $b = 52$; if duration is measured in days, then $b = 365$; and so on.

In using the methods of this section, we typically ignore the fact that durations are often grouped into discrete intervals—for example, measured to the nearest week or month—and treat them as continuously distributed. If we want to explicitly recognize the discreteness of the measured durations, we should treat them as grouped data, as we do in Section 20.4.

We restrict attention to **single-spell data**. That is, we use, at most, one completed spell per individual. If, after leaving the initial state, an individual subsequently reenters the initial state in the interval $[0, b]$, we ignore this information. In addition, the covariates in the analysis are time invariant, which means we collect covariates on individuals at a given point in time—usually, at the beginning of the spell—and we do not re-collect data on the covariates during the course of the spell. Time-varying covariates are more naturally handled in the context of grouped duration data in Section 20.4.

We study two general types of sampling from the population that we have described. The most common, and the easiest to handle, is flow sampling. In Section 20.3.3 we briefly consider various kinds of stock sampling.

### 20.3.1 Flow Sampling

With **flow sampling**, we sample individuals who enter the state at some point during the interval $[0, b]$, and we record the length of time each individual is in the initial state. We collect data on covariates known at the time the individual entered the initial state. For example, suppose we are interested in the population of U.S. workers who became unemployed at any time during 1998, and we randomly sample from U.S. male workers who became unemployed during 1998. At the beginning of the unemployment spell we might obtain information on tenure in last job, wage on last job, gender, marital status, and information on unemployment benefits.

There are two common ways to collect flow data on unemployment spells. First, we may randomly sample individuals from a large population, say, all working-age individuals in the United States for a given year, say, 1998. Some fraction of these people will be in the labor force and will become unemployed during 1998—that is, enter the initial state of unemployment during the specified interval—and this group of people who become unemployed is our random sample of all workers who become

unemployed during 1998. Another possibility is retrospective sampling. For example, suppose that, for a given state in the United States, we have access to unemployment records for 1998. We can then obtain a random sample of all workers who became unemployed during 1998.

Flow data are usually subject to **right censoring**. That is, after a certain amount of time, we stop following the individuals in the sample, which we must do in order to analyze the data. (Right censoring is the only kind that occurs with flow data, so we will often refer to right censoring as "censoring" in this and the next subsection.) For individuals who have completed their spells in the initial state, we observe the exact duration. But for those still in the initial state, we only know that the duration lasted as long as the tracking period. In the unemployment duration example, we might follow each individual for a fixed length of time, say, two years. If unemployment spells are measured in weeks, we would have right censoring at 104 weeks. Alternatively, we might stop tracking individuals at a fixed calendar date, say, the last week in 1999. Because individuals can become unemployed at any time during 1998, calendar-date censoring results in censoring times that differ across individuals.

### 20.3.2 Maximum Likelihood Estimation with Censored Flow Data

For a random draw $i$ from the population, let $a_i \in [0, b]$ denote the time at which individual $i$ enters the initial state (the "starting time"), let $t_i^*$ denote the length of time in the initial state (the duration), and let $\mathbf{x}_i$ denote the vector of observed covariates. We assume that $t_i^*$ has a continuous conditional density $f(t \mid \mathbf{x}_i; \boldsymbol{\theta})$, $t \geq 0$, where $\boldsymbol{\theta}$ is the vector of unknown parameters.

Without right censoring we would observe a random sample on $(a_i, t_i^*, \mathbf{x}_i)$, and estimation would be a standard exercise in conditional maximum likelihood. To account for right censoring, we assume that the observed duration, $t_i$, is obtained as

$$t_i = \min(t_i^*, c_i) \tag{20.21}$$

where $c_i$ is the censoring time for individual $i$. In some cases, $c_i$ is constant across $i$. For example, suppose $t_i^*$ is unemployment duration for person $i$, measured in weeks. If the sample design specifies that we follow each person for at most two years, at which point all people remaining unemployed after two years are censored, then $c = 104$. If we have a fixed calendar date at which we stop tracking individuals, the censoring time differs by individual because the workers typically would become unemployed on different calendar dates. If $b = 1$ year and we censor everyone at two years from the start of the study, the censoring times could range from 52 to 104 weeks.)

We assume that, conditional on the covariates, the true duration is independent of the starting point, $a_i$, and the censoring time, $c_i$:

$$\mathrm{D}(t_i^* \mid \mathbf{x}_i, a_i, c_i) = \mathrm{D}(t_i^* \mid \mathbf{x}_i) \tag{20.22}$$

where $\mathrm{D}(\cdot \mid \cdot)$ denotes conditional distribution. Assumption (20.22) clearly holds when $a_i$ and $c_i$ are constant for all $i$, but it holds under much weaker assumptions. Sometimes $c_i$ is constant for all $i$, in which case assumption (20.22) holds when the duration is independent of the starting time, conditional on $\mathbf{x}_i$. If there are seasonal effects on the duration—for example, unemployment durations that start in the summer have a different expected length than durations that start at other times of the year—then we may have to put dummy variables for different starting dates in $\mathbf{x}_i$ to ensure that assumption (20.22) holds. This approach would also ensure that assumption (20.22) holds when a fixed calendar date is used for censoring, implying that $c_i$ is not constant across $i$. Assumption (20.22) holds for certain nonstandard censoring schemes, too. For example, if an element of $\mathbf{x}_i$ is education, assumption (20.22) holds if, say, individuals with more education are censored more quickly.

Under assumption (20.22), the distribution of $t_i^*$ given $(\mathbf{x}_i, a_i, c_i)$ does not depend on $(a_i, c_i)$. Therefore, if the duration is not censored, the density of $t_i = t_i^*$ given $(\mathbf{x}_i, a_i, c_i)$ is simply $f(t \mid \mathbf{x}_i; \boldsymbol{\theta})$. The probability that $t_i$ is censored is

$$\mathrm{P}(t_i^* \geq c_i \mid \mathbf{x}_i) = 1 - F(c_i \mid \mathbf{x}_i; \boldsymbol{\theta})$$

where $F(t \mid \mathbf{x}_i; \boldsymbol{\theta})$ is the conditional cdf of $t_i^*$ given $\mathbf{x}_i$. Letting $d_i$ be a censoring indicator ($d_i = 1$ if uncensored, $d_i = 0$ if censored), the conditional likelihood for observation $i$ can be written as

$$f(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})^{d_i} [1 - F(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})]^{(1-d_i)} \tag{20.23}$$

Importantly, neither the starting times, $a_i$, nor the length of the interval, $b$, plays a role in the analysis. [In fact, in the vast majority of treatments of flow data, $b$ and $a_i$ are not even introduced. However, it is important to know that the reason $a_i$ is not relevant for the analysis of flow data is the conditional independence assumption in equation (20.22).] By contrast, the censoring times $c_i$ do appear in the likelihood for censored observations because then $t_i = c_i$. Given data on $(t_i, d_i, \mathbf{x}_i)$ for a random sample of size $N$, the maximum likelihood estimator of $\boldsymbol{\theta}$ is obtained by maximizing

$$\sum_{i=1}^{N} \{d_i \log[f(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})] + (1 - d_i) \log[1 - F(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})]\} \tag{20.24}$$

For the choices of $f(\cdot \mid \mathbf{x}; \boldsymbol{\theta})$ used in practice, the conditional MLE regularity conditions—see Chapter 13—hold, and the MLE is $\sqrt{N}$-consistent and asymptotically normal. [If there is no censoring, the second term in expression (20.24) is simply dropped.]

Because the hazard function can be expressed as in equation (20.15), once we specify $f$, the hazard function can be estimated once we have the MLE, $\hat{\boldsymbol{\theta}}$. For example, the Weibull distribution with covariates has conditional density

$$f(t \mid \mathbf{x}_i; \boldsymbol{\theta}) = \exp(\mathbf{x}_i\boldsymbol{\beta})\alpha t^{\alpha-1} \exp[-\exp(\mathbf{x}_i\boldsymbol{\beta})t^{\alpha}] \tag{20.25}$$

where $\mathbf{x}_i$ contains unity as its first element for all $i$. [We obtain this density from Example 20.3 with $\gamma$ replaced by $\exp(\mathbf{x}_i\boldsymbol{\beta})$.] The hazard function in this case is simply $\lambda(t; \mathbf{x}) = \exp(\mathbf{x}\boldsymbol{\beta})\alpha t^{\alpha-1}$.

*Example 20.5 (Weibull Model for Recidivism Duration):* Let *durat* be the length of time, in months, until an inmate is arrested after being released from prison. Although the duration is rounded to the nearest month, we treat *durat* as a continuous variable with a Weibull distribution. We are interested in how certain covariates affect the hazard function for recidivism, and also whether there is positive or negative duration dependence, once we have conditioned on the covariates. The variable *workprg*—a binary indicator for participation in a prison work program—is of particular interest.

The data in RECID.RAW, which comes from Chung, Schmidt, and Witte (1991), are flow data because it is a random sample of convicts released from prison during the period July 1, 1977, through June 30, 1978. The data are retrospective in that they were obtained by looking at records in April 1984, which served as the common censoring date. Because of the different starting times, the censoring times, $c_i$, vary from 70 to 81 months. The results of the Weibull estimation are in Table 20.1.

In interpreting the estimates, we use equation (20.17). For small $\hat{\beta}_j$, we can multiply the coefficient by 100 to obtain the semielasticity of the hazard with respect to $x_j$. (No covariates appear in logarithmic form, so there are no elasticities among the $\hat{\beta}_j$.) For example, if *tserved* increases by one month, the hazard shifts up by about 1.4 percent, and the effect is statistically significant. Another year of education reduces the hazard by about 2.3 percent, but the effect is insignificant at even the 10 percent level against a two-sided alternative.

The sign of the *workprg* coefficient is unexpected, at least if we expect the work program to have positive benefits after the inmates are released from prison. (The result is not statistically different from zero.) The reason could be that the program is ineffective or that there is self-selection into the program.

For large $\hat{\beta}_j$, we should exponentiate and subtract unity to obtain the proportionate change. For example, at any point in time, the hazard is about $100[\exp(.477) - 1] = 61.1$ percent greater for someone with an alcohol problem than for someone without.

**Table 20.1**
Weibull Estimation of Criminal Recidivism

| Explanatory Variable | Coefficient (Standard Error) |
|---|---|
| *workprg* | .091<br>(.091) |
| *priors* | .089<br>(.013) |
| *tserved* | .014<br>(.002) |
| *felon* | −.299<br>(.106) |
| *alcohol* | .447<br>(.106) |
| *drugs* | .281<br>(.098) |
| *black* | .454<br>(.088) |
| *married* | −.152<br>(.109) |
| *educ* | −.023<br>(.019) |
| *age* | −.0037<br>(.0005) |
| *constant* | −3.402<br>(0.301) |
| Observations | 1,445 |
| Log likelihood | −1,633.03 |
| $\hat{\alpha}$ | .806<br>(.031) |

The estimate of $\alpha$ is .806, and the standard error of $\hat{\alpha}$ leads to a strong rejection of $H_0$: $\alpha = 1$ against $H_0$: $\alpha < 1$. Therefore, there is evidence of negative duration dependence, conditional on the covariates. This means that, for a particular ex-convict, the instantaneous rate of being arrested decreases with the length of time out of prison. When the Weibull model is estimated without the covariates, $\hat{\alpha} = .770$ (se = .031), which shows slightly more negative duration dependence. This is a typical finding in applications of Weibull duration models: estimated $\alpha$ without covariate tends to be less than the estimate with covariates. Lancaster (1990, Section 10.2) contains a theoretical discussion based on unobserved heterogeneity.

When we are primarily interested in the effects of covariates on the expected duration (rather than on the hazard), we can apply a censored Tobit analysis to the

log of the duration. A Tobit analysis assumes that, for each random draw $i$, $\log(t_i^*)$ given $\mathbf{x}_i$ has a Normal$(\mathbf{x}_i\boldsymbol{\delta}, \sigma^2)$ distribution, which implies that $t_i^*$ given $\mathbf{x}_i$ has a lognormal distribution. (The first element of $\mathbf{x}_i$ is unity.) The hazard function for a lognormal distribution, conditional on $\mathbf{x}$, is $\lambda(t; \mathbf{x}) = h[(\log t - \mathbf{x}\boldsymbol{\delta})/\sigma]/\sigma t$, where $h(z) \equiv \phi(z)/[1 - \Phi(z)]$, $\phi(\cdot)$ is the standard normal probability density function (pdf), and $\Phi(\cdot)$ is the standard normal cdf. The lognormal hazard function is not monotonic and does not have the proportional hazard form. Nevertheless, the estimates of the $\delta_j$ are easy to interpret because the model is equivalent to

$$\log(t_i^*) = \mathbf{x}_i\boldsymbol{\delta} + e_i \qquad (20.26)$$

where $e_i$ is independent of $\mathbf{x}_i$ and normally distributed. Therefore, the $\delta_j$ are semielasticities—or elasticities if the covariates are in logarithmic form—of the covariates on the *expected* duration.

The Weibull model can also be represented in regression form. When $t_i^*$ given $\mathbf{x}_i$ has density (20.25), $\exp(\mathbf{x}_i\boldsymbol{\beta})(t_i^*)^\alpha$ is independent of $\mathbf{x}_i$ and has a unit exponential distribution. Therefore, its natural log has a **type I extreme value distribution**; therefore, we can write $\alpha \log(t_i^*) = -\mathbf{x}_i\boldsymbol{\beta} + u_i$, where $u_i$ is independent of $\mathbf{x}_i$ and has density $g(u) = \exp(u)\exp\{\exp(-u)\}$. The mean of $u_i$ is not zero, but, because $u_i$ is independent of $\mathbf{x}_i$, we can write $\log(t_i^*)$ exactly as in equation (20.26), where the slope coefficents are given by $\delta_j = -\beta_j/\alpha$, and the intercept is more complicated. Now, $e_i$ does not have a normal distribution, but it is independent of $\mathbf{x}_i$ with zero mean. Censoring can be handled by maximum likelihood estimation. The estimated coefficients can be compared with the censored Tobit estimates described previously to see if the estimates are sensitive to the distributional assumption.

In Example 20.5, we can obtain the Weibull estimates of the $\delta_j$ as $\hat{\delta}_j = -\hat{\beta}_j/\hat{\alpha}$. (Some econometrics packages, such as Stata, allow direct estimation of the $\delta_j$ and provide standard errors.) For example, $\hat{\delta}_{\text{drugs}} = -.281/.806 \approx -.349$. When the lognormal model is used, the coefficient on *drugs* is somewhat smaller in magnitude, about $-.298$. As another example, $\hat{\delta}_{\text{age}} = .0046$ in the Weibull estimation and $\hat{\delta}_{\text{age}} = .0039$ in the lognormal estimation. In both cases, the estimates have $t$ statistics over six. For obtaining estimates on the expected duration, the Weibull and lognormal models give similar results. [Interestingly, the lognormal model fits the data notably better, with log likelihood $= -1{,}597.06$. This result is consistent with the findings of Chung, Schmidt, and Witte (1991).]

Sometimes we begin by specifying a parametric model for the hazard conditional on $\mathbf{x}$ and then use the formulas from Section 20.2 to obtain the cdf and density. This approach is easiest when the hazard leads to a tractable duration distribution, but there is no reason the hazard function must be of the proportional hazard form.

*Example 20.6 (Log-Logistic Hazard with Covariates):* A log-logistic hazard function with covariates is

$$\lambda(t; \mathbf{x}) = \exp(\mathbf{x}\boldsymbol{\beta})\alpha t^{\alpha-1}/[1 + \exp(\mathbf{x}\boldsymbol{\beta})t^{\alpha}] \tag{20.27}$$

where $x_1 \equiv 1$. From equation (20.14) with $\gamma = \exp(\mathbf{x}\boldsymbol{\beta})$, the cdf is

$$F(t \mid \mathbf{x}; \boldsymbol{\theta}) = 1 - [1 + \exp(\mathbf{x}\boldsymbol{\beta})t^{\alpha}]^{-1}, \qquad t \geq 0 \tag{20.28}$$

The distribution of $\log(t_i^*)$ given $\mathbf{x}_i$ is logistic with mean $-\alpha^{-1} \log\{\exp(\mathbf{x}\boldsymbol{\beta})\} = -\alpha^{-1}\mathbf{x}\boldsymbol{\beta}$ and variance $\pi^2/(3\alpha^2)$. Therefore, $\log(t_i^*)$ can be written as in equation (20.26) where $e_i$ has a zero mean logistic distribution and is *independent* of $\mathbf{x}_i$ and $\boldsymbol{\delta} = -\alpha^{-1}\boldsymbol{\beta}$. This is another example where the effects of the covariates on the mean duration can be obtained by an OLS regression when there is no censoring. With censoring, the distribution of $e_i$ must be accounted for using the log likelihood in expression (20.24).

### 20.3.3 Stock Sampling

Flow data with right censoring are common, but other sampling schemes are also used. With **stock sampling** we randomly sample from individuals that are in the initial state at a given point in time. The population is again individuals who enter the initial state during a specified interval, $[0, b]$. However, rather than observe a random sample of people flowing into the initial state, we can only obtain a random sample of individuals that are in the initial state at time $b$. In addition to the possibility of right censoring, we may also face the problem of **left censoring**, which occurs when some or all of the starting times, $a_i$, are not observed. For now, we assume that (1) we observe the starting times $a_i$ for all individuals we sample at time $b$ and (2) we can follow sampled individuals for a certain length of time after we observe them at time $b$. We also allow for right censoring.

In the unemployment duration example, where the population comprises workers who became unemployed at some point during 1998, stock sampling would occur if we randomly sampled from workers who were unemployed during the last week of 1998. This kind of sampling causes a clear sample selection problem: we necessarily exclude from our sample any individual whose unemployment spell ended before the last week of 1998. Because these spells were necessarily shorter than a year, we cannot just assume that the missing observations are randomly missing.

The sample selection problem caused by stock sampling is essentially the same situation we faced in Section 17.3, where we covered the truncated regression model. Therefore, we will call this the **left truncation** problem. Kiefer (1988) calls it **length-biased sampling**.

Under the assumptions that we observe the $a_i$ and can observe some spells past the sampling date $b$, left truncation is fairly easy to deal with. With the exception of replacing flow sampling with stock sampling, we make the same assumptions as in Section 20.3.2.

To account for the truncated sampling, we must modify the density in equation (20.23) to reflect the fact that part of the population is systematically omitted from the sample. Let $(a_i, c_i, \mathbf{x}_i, t_i)$ denote a random draw from the population of all spells starting in $[0, b]$. We observe this vector if and only if the person is still in the initial state at time $b$, that is, if and only if $a_i + t_i^* \geq b$ or $t_i^* \geq b - a_i$, where $t_i^*$ is the true duration. But, under the conditional independence assumption (20.22),

$$\mathrm{P}(t_i^* \geq b - a_i \mid a_i, c_i, \mathbf{x}_i) = 1 - F(b - a_i \mid \mathbf{x}_i; \boldsymbol{\theta}) \tag{20.29}$$

where $F(\cdot \mid \mathbf{x}_i; \boldsymbol{\theta})$ is the cdf of $t_i^*$ given $\mathbf{x}_i$, as before. The correct conditional density function is obtained by dividing equation (20.23) by equation (20.29). In Problem 20.5 you are asked to adapt the arguments in Section 17.3 to also allow for right censoring. The log-likelihood function can be written as

$$\sum_{i=1}^{N} \{d_i \log[f(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})] + (1 - d_i) \log[1 - F(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})] - \log[1 - F(b - a_i \mid \mathbf{x}_i; \boldsymbol{\theta})]\} \tag{20.30}$$

where, again, $t_i = c_i$ when $d_i = 0$. Unlike in the case of flow sampling, with stock sampling both the starting dates, $a_i$, and the length of the sampling interval, $b$, appear in the conditional likelihood function. Their presence makes it clear that specifying the interval $[0, b]$ is important for analyzing stock data. [Lancaster (1990, p. 183) essentially derives equation (20.30) under a slightly different sampling scheme; see also Lancaster (1979).]

Equation (20.30) has an interesting implication. If observation $i$ is right censored at calendar date $b$—that is, if we do not follow the spell after the initial data collection—then the censoring time is $c_i = b - a_i$. Because $d_i = 0$ for censored observations, the log likelihood for such an observation is $\log[1 - F(c_i \mid \mathbf{x}_i; \boldsymbol{\theta})] - \log[1 - F(b - a_i \mid \mathbf{x}_i; \boldsymbol{\theta})] = 0$. In other words, observations that are right censored at the data collection time provide no information for estimating $\boldsymbol{\theta}$, at least when we use equation (20.30). Consequently, the log likelihood in equation (20.30) does not identify $\boldsymbol{\theta}$ if *all* units are right censored at the interview date: equation (20.30) is identically zero. The intuition for why equation (20.30) fails in this case is fairly clear: our data consist only of $(a_i, \mathbf{x}_i)$, and equation (20.30) is a log likelihood that is conditional on $(a_i, \mathbf{x}_i)$. Effectively, there is no random response variable.

Even when we censor all observed durations at the interview date, we can still estimate $\boldsymbol{\theta}$, provided—at least in a parametric context—we specify a model for the conditional distribution of the starting times, $\mathrm{D}(a_i \mid \mathbf{x}_i)$. (This is essentially the problem analyzed by Nickell, 1979.) We are still assuming that we observe the $a_i$. So, for example, we randomly sample from the pool of people unemployed in the last week of 1998 and find out when their unemployment spells began (along with covariates). We do not follow any spells past the interview date. (As an aside, if we sample unemployed people during the last week of 1998, we are likely to obtain some observations where spells began before 1998. For the population we have specified, these people would simply be discarded. If we want to include people whose spells began prior to 1998, we need to redefine the interval. For example, if durations are measured in weeks and if we want to consider durations beginning in the five-year period prior to the end of 1998, then $b = 260$.)

For concreteness, we assume that $\mathrm{D}(a_i \mid \mathbf{x}_i)$ is continuous on $[0, b]$ with density $k(\cdot \mid \mathbf{x}_i; \boldsymbol{\eta})$. Let $s_i$ denote a sample selection indicator, which is unity if we observe random draw $i$, that is, if $t_i^* \geq b - a_i$. Estimation of $\boldsymbol{\theta}$ (and $\boldsymbol{\eta}$) can proceed by applying CMLE to the density of $a_i$ conditional on $\mathbf{x}_i$ *and* $s_i = 1$. [Note that this is the only density we can hope to estimate, as our sample only consists of observations $(a_i, \mathbf{x}_i)$ when $s_i = 1$.] This density is informative for $\boldsymbol{\theta}$ even if $\boldsymbol{\eta}$ is not functionally related to $\boldsymbol{\theta}$ (as would typically be assumed) because there are some durations that started and ended in $[0, b]$; we simply do not observe them. Knowing something about the starting time distribution gives us information about the duration distribution. (In the context of flow sampling, when $\boldsymbol{\eta}$ is not functionally related to $\boldsymbol{\theta}$, the density of $a_i$ given $\mathbf{x}_i$ is uninformative for estimating $\boldsymbol{\theta}$; in other words, $a_i$ is ancillary for $\boldsymbol{\theta}$.)

In Problem 20.6 you are asked to show that the density of $a_i$ conditional on observing $(a_i, \mathbf{x}_i)$ is

$$p(a \mid \mathbf{x}_i, s_i = 1) = k(a \mid \mathbf{x}_i; \boldsymbol{\eta})[1 - F(b - a \mid \mathbf{x}_i; \boldsymbol{\theta})]/\mathrm{P}(s_i = 1 \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta}) \tag{20.31}$$

$0 < a < b$, where

$$\mathrm{P}(s_i = 1 \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta}) = \int_0^b [1 - F(b - u \mid \mathbf{x}_i; \boldsymbol{\theta})] k(u \mid \mathbf{x}_i; \boldsymbol{\eta})\, \mathrm{d}u \tag{20.32}$$

[Lancaster (1990, Section 8.3.3) essentially obtains the right-hand side of equation (20.31) but uses the notion of backward recurrence time. The argument in Problem 20.6 is more straightforward because it is based on a standard truncation argument.] Once we have specified the duration cdf, $F$, and the starting time density, $k$, we can use conditional MLE to estimate $\boldsymbol{\theta}$ and $\boldsymbol{\eta}$: the log likelihood for observation $i$ is just the log of equation (20.31), evaluated at $a_i$. If we assume that $a_i$ is independent of

$\mathbf{x}_i$ and has a uniform distribution on $[0, b]$, the estimation simplifies somewhat; see Problem 20.6. Allowing for a discontinuous starting time density $k(\cdot \mid \mathbf{x}_i; \boldsymbol{\eta})$ does not materially affect equation (20.31). For example, if the interval [0,1] represents one year, we might want to allow different entry rates over the different seasons. This would correspond to a uniform distribution over each subinterval that we choose.

We now turn to the problem of left censoring, which arises with stock sampling when we do not actually know when any spell began. In other words, the $a_i$ are not observed, and therefore neither are the true durations, $t_i^*$. However, we assume that we can follow spells after the interview date. Without right censoring, this assumption means we can observe the time in the current spell since the interview date, say, $r_i$, which we can write as $r_i = t_i^* + a_i - b$. We still have a left truncation problem because we only observe $r_i$ when $t_i^* > b - a_i$, that is, when $r_i > 0$. The general approach is the same as with the earlier problems: we obtain the density of the variable that we can at least partially observe, $r_i$ in this case, conditional on observing $r_i$. Problem 20.8 asks you to fill in the details, accounting also for possible right censoring.

We can easily combine stock sampling and flow sampling. For example, in the case that we observe the starting times, $a_i$, suppose that, at time $m < b$, we sample a stock of individuals already in the initial state. In addition to following spells of individuals already in the initial state, suppose we can randomly sample individuals flowing into the initial state between times $m$ and $b$. Then we follow all the individuals appearing in the sample, at least until right censoring. For starting dates after $m$ $(a_i \geq m)$, there is no truncation, and so the log likelihood for these observations is just as in equation (20.24). For $a_i < m$, the log likelihood is identical to equation (20.30) except that $m$ replaces $b$. Other combinations are easy to infer from the preceding results.

### 20.3.4 Unobserved Heterogeneity

One way to obtain more general duration models is to introduce unobserved heterogeneity into fairly simple duration models. In addition, we sometimes want to test for duration dependence conditional on observed covariates *and* unobserved heterogeneity. The key assumptions used in most models that incorporate unobserved heterogeneity are that (1) the heterogeneity is *independent* of the observed covariates, as well as starting times and censoring times; (2) the heterogeneity has a distribution known up to a finite number of parameters; and (3) the heterogeneity enters the hazard function multiplicatively. We will make these assumptions. In the context of single-spell flow data, it is difficult to relax any of these assumptions. (In the special case of a lognormal duration distribution, we can relax assumption 1 by using Tobit methods with endogenous explanatory variables; see Section 16.6.2.)

Before we cover the general case, it is useful to cover an example due to Lancaster (1979). For a random draw $i$ from the population, a Weibull hazard function conditional on observed covariates $\mathbf{x}_i$ and unobserved heterogeneity $v_i$ is

$$\lambda(t; \mathbf{x}_i, v_i) = v_i \exp(\mathbf{x}_i\boldsymbol{\beta})\alpha t^{\alpha-1} \tag{20.33}$$

where $x_{i1} \equiv 1$ and $v_i > 0$. [Lancaster (1990) calls equation (20.33) a *conditional hazard*, because it conditions on the unobserved heterogeneity $v_i$. Technically, almost all hazards in econometrics are conditional because we almost always condition on observed covariates.] Notice how $v_i$ enters equation (20.33) multiplicatively. To identify the parameters $\alpha$ and $\boldsymbol{\beta}$ we need a normalization on the distribution of $v_i$; we use the most common, $\mathrm{E}(v_i) = 1$. This implies that, for a given vector $\mathbf{x}$, the average hazard is $\exp(\mathbf{x}\boldsymbol{\beta})\alpha t^{\alpha-1}$. An interesting hypothesis is $\mathrm{H}_0$: $\alpha = 1$, which means that, conditional on $\mathbf{x}_i$ *and* $v_i$, there is no duration dependence.

In the general case where the cdf of $t_i^*$ given $(\mathbf{x}_i, v_i)$ is $F(t \mid \mathbf{x}_i, v_i; \boldsymbol{\theta})$, we can obtain the distribution of $t_i^*$ given $\mathbf{x}_i$ by integrating out the unobserved effect. Because $v_i$ and $\mathbf{x}_i$ are independent, the cdf of $t_i^*$ given $\mathbf{x}_i$ is

$$G(t \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\rho}) = \int_0^\infty F(t \mid \mathbf{x}_i, v; \boldsymbol{\theta})h(v; \boldsymbol{\rho})\, dv \tag{20.34}$$

where, for concreteness, the density of $v_i$, $h(\cdot; \boldsymbol{\rho})$, is assumed to be continuous and depends on the unknown parameters $\boldsymbol{\rho}$. From equation (20.34) the density of $t_i^*$ given $\mathbf{x}_i$, $g(t \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\rho})$, is easily obtained. We can now use the methods of Sections 20.3.2 and 20.3.3. For flow data, the log-likelihood function is as in equation (20.24), but with $G(t \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\rho})$ replacing $F(t \mid \mathbf{x}_i; \boldsymbol{\theta})$ and $g(t \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\rho})$ replacing $f(t \mid \mathbf{x}_i; \boldsymbol{\theta})$. We should assume that $\mathrm{D}(t_i^* \mid \mathbf{x}_i, v_i, a_i, c_i) = \mathrm{D}(t_i^* \mid \mathbf{x}_i, v_i)$ and $\mathrm{D}(v_i \mid \mathbf{x}_i, a_i, c_i) = \mathrm{D}(v_i)$; these assumptions ensure that the key condition (20.22) holds. The methods for stock sampling described in Section 20.3.3 also apply to the integrated cdf and density.

If we assume **gamma-distributed heterogeneity**—that is, $v_i \sim \mathrm{Gamma}(\delta, \delta)$, so that $\mathrm{E}(v_i) = 1$ and $\mathrm{Var}(v_i) = 1/\delta$—we can find the distribution of $t_i^*$ given $\mathbf{x}_i$ for a broad class of hazard functions with multiplicative heterogeneity. Suppose that the hazard function is $\lambda(t; \mathbf{x}_i, v_i) = v_i\kappa(t; \mathbf{x}_i)$, where $\kappa(t; \mathbf{x}) > 0$ (and need not have the proportional hazard form). For simplicity, we suppress the dependence of $\kappa(\cdot\,; \cdot)$ on unknown parameters. From equation (20.7), the cdf of $t_i^*$ given $(\mathbf{x}_i, v_i)$ is

$$F(t \mid \mathbf{x}_i, v_i) = 1 - \exp\left[-v_i \int_0^t \kappa(s; \mathbf{x}_i)\, ds\right] \equiv 1 - \exp[-v_i\xi(t; \mathbf{x}_i)] \tag{20.35}$$

where $\xi(t; \mathbf{x}_i) \equiv \int_0^t \kappa(s; \mathbf{x}_i)\, ds$. We can obtain the cdf of $t_i^*$ given $\mathbf{x}_i$ by using equation (20.34). The density of $v_i$ is $h(v) = \delta^\delta v^{\delta-1} \exp(-\delta v)/\Gamma(\delta)$, where $\mathrm{Var}(v_i) = 1/\delta$ and

$\Gamma(\cdot)$ is the gamma function. Let $\xi_i \equiv \xi(t; \mathbf{x}_i)$ for given $t$. Then

$$\int_0^{\infty} \exp(-\xi_i v)\delta^{\delta} v^{\delta-1} \exp(-\delta v)/\Gamma(\delta)\, dv$$

$$= [\delta/(\delta+\xi_i)]^{\delta} \int_0^{\infty} (\delta+\xi_i)^{\delta} v^{\delta-1} \exp[-(\delta+\xi_i)v]/\Gamma(\delta)\, dv$$

$$= [\delta/(\delta+\xi_i)]^{\delta} = (1+\xi_i/\delta)^{-\delta}$$

where the second-to-last equality follows because the integrand is the Gamma ($\delta$, $\delta+\xi_i$) density and must integrate to unity. Now we use equation (20.34):

$$G(t \mid \mathbf{x}_i) = 1 - [1+\xi(t; \mathbf{x}_i)/\delta]^{-\delta} \tag{20.36}$$

Taking the derivative of equation (20.36) with respect to $t$, using the fact that $\kappa(t; \mathbf{x}_i)$ is the derivative of $\xi(t; \mathbf{x}_i)$, yields the density of $t_i^*$ given $\mathbf{x}_i$ as

$$g(t \mid \mathbf{x}_i) = \kappa(t; \mathbf{x}_i)[1+\xi(t; \mathbf{x}_i)/\delta]^{-(\delta-1)} \tag{20.37}$$

The function $\kappa(t; \mathbf{x})$ depends on parameters $\boldsymbol{\theta}$, and so $g(t \mid \mathbf{x})$ should be $g(t \mid \mathbf{x}; \boldsymbol{\theta}, \delta)$. With censored data the vector $\boldsymbol{\theta}$ can be estimated along with $\delta$ by using the log-likelihood function in equation (20.24) (again, with $G$ replacing $F$).

With the Weibull hazard in equation (20.33), $\xi(t; \mathbf{x}) = \exp(\mathbf{x}\boldsymbol{\beta})t^{\alpha}$, which leads to a very tractable analysis when plugged into equations (20.36) and (20.37); the resulting duration distribution is called the **Burr distribution**. In the log-logistic case with $\kappa(t; \mathbf{x}) = \exp(\mathbf{x}\boldsymbol{\beta})\alpha t^{\alpha-1}[1+\exp(\mathbf{x}\boldsymbol{\beta})t^{\alpha}]^{-1}$, $\xi(t; \mathbf{x}) = \log[1+\exp(\mathbf{x}\boldsymbol{\beta})t^{\alpha}]$. These equations can be plugged into the preceding formulas for a maximum likelihood analysis.

Before we end this section, we should recall why we might want to explicitly introduce unobserved heterogeneity when the heterogeneity is assumed to be independent of the observed covariates. The strongest case is seen when we are interested in testing for duration dependence conditional on observed covariates *and* unobserved heterogeneity, where the unobserved heterogeneity enters the hazard multiplicatively. As carefully exposited by Lancaster (1990, Section 10.2), ignoring multiplicative heterogeneity in the Weibull model results in asymptotically underestimating $\alpha$. Therefore, we could very well conclude that there is negative duration dependence conditional on $\mathbf{x}$, whereas there is no duration dependence ($\alpha = 1$) conditional on $\mathbf{x}$ and $v$.

In a general sense, it is somewhat heroic to think we can distinguish between duration dependence and unobserved heterogeneity when we observe only a single cycle for each agent. The problem is simple to describe: because we can only estimate the distribution of $T$ given $\mathbf{x}$, we cannot uncover the distribution of $T$ given $(\mathbf{x}, v)$ unless

we make extra assumptions, a point Lancaster (1990, Section 10.1) illustrates with an example. Therefore, we cannot tell whether the hazard describing $T$ given $(\mathbf{x}, v)$ exhibits duration dependence. But, when the hazard has the proportional hazard form $\lambda(t; \mathbf{x}, v) = v\kappa(\mathbf{x})\lambda_0(t)$, it is possible to identify the function $\kappa(\cdot)$ and the baseline hazard $\lambda_0(\cdot)$ quite generally (along with the distribution of $v$). See Lancaster (1990, Section 7.3) for a presentation of the results of Elbers and Ridder (1982). Recently, Horowitz (1999) has demonstrated how to nonparametrically estimate the baseline hazard and the distribution of the unobserved heterogeneity under fairly weak assumptions.

When interest centers on how the observed covariates affect the mean duration, explicitly modeling unobserved heterogeneity is less compelling. Adding unobserved heterogeneity to equation (20.26) does not change the mean effects; it merely changes the error distribution. Without censoring, we would probably estimate $\boldsymbol{\beta}$ in equation (20.26) by OLS (rather than MLE) so that the estimators would be robust to distributional misspecification. With censoring, to perform maximum likelihood, we must know the distribution of $t_i^*$ given $\mathbf{x}_i$, and this depends on the distribution of $v_i$ when we explicitly introduce unobserved heterogeneity. But introducing unobserved heterogeneity is indistinguishable from simply allowing a more flexible duration distribution.

## 20.4 Analysis of Grouped Duration Data

Continuously distributed durations are, strictly speaking, rare in social science applications. Even if an underlying duration is properly viewed as being continuous, measurements are necessarily discrete. When the measurements are fairly precise, it is sensible to treat the durations as continuous random variables. But when the measurements are coarse—such as monthly, or perhaps even weekly—it can be important to account for the discreteness in the estimation.

**Grouped duration data** arise when each duration is only known to fall into a certain time interval, such as a week, a month, or even a year. For example, unemployment durations are often measured to the nearest week. In Example 20.2 the time until next arrest is measured to the nearest month. Even with grouped data we can generally estimate the parameters of the duration distribution.

The approach we take here to analyzing grouped data summarizes the information on staying in the initial state or exiting in each time interval in a sequence of binary outcomes. (Kiefer, 1988; Han and Hausman, 1990; Meyer, 1990; Lancaster, 1990; McCall, 1994; and Sueyoshi, 1995, all take this approach.) In effect, we have a panel data set where each cross section observation is a vector of binary responses, along

with covariates. In addition to allowing us to treat grouped durations, the panel data approach has at least two additional advantages. First, in a proportional hazard specification, it leads to easy methods for estimating flexible hazard functions. Second, because of the sequential nature of the data, time-varying covariates are easily introduced.

We assume flow sampling so that we do not have to address the sample selection problem that arises with stock sampling. We divide the time line into $M+1$ intervals, $[0, a_1), [a_1, a_2), \ldots, [a_{M-1}, a_M), [a_M, \infty)$, where the $a_m$ are known constants. For example, we might have $a_1 = 1, a_2 = 2, a_3 = 3$, and so on, but unequally spaced intervals are allowed. The last interval, $[a_M, \infty)$, is chosen so that any duration falling into it is censored at $a_M$: no observed durations are greater than $a_M$. For a random draw from the population, let $c_m$ be a binary censoring indicator equal to unity if the duration is censored in interval $m$, and zero otherwise. Notice that $c_m = 1$ implies $c_{m+1} = 1$: if the duration was censored in interval $m$, it is still censored in interval $m+1$. Because durations lasting into the last interval are censored, $c_{M+1} \equiv 1$. Similarly, $y_m$ is a binary indicator equal to unity if the duration ends in the $m$th interval and zero otherwise. Thus, $y_{m+1} = 1$ if $y_m = 1$. If the duration is censored in interval $m$ ($c_m = 1$), we set $y_m \equiv 1$ by convention.

As in Section 20.3, we allow individuals to enter the initial state at different calendar times. In order to keep the notation simple, we do not explicitly show the conditioning on these starting times, as the starting times play no role under flow sampling when we assume that, conditional on the covariates, the starting times are independent of the duration and any unobserved heterogeneity. If necessary, starting-time dummies can be included in the covariates.

For each person $i$, we observe $(y_{i1}, c_{i1}), \ldots, (y_{iM}, c_{iM})$, which is a balanced panel data set. To avoid confusion with our notation for a duration ($T$ for the random variable, $t$ for a particular outcome on $T$), we use $m$ to index the time intervals. The string of binary indicators for any individual is *not* unrestricted: we must observe a string of zeros followed by a string of ones. The important information is the interval in which $y_{im}$ becomes unity for the first time, and whether that represents a true exit from the initial state or censoring.

### 20.4.1 Time-Invariant Covariates

With time-invariant covariates, each random draw from the population consists of information on $\{(y_1, c_1), \ldots, (y_M, c_M), \mathbf{x}\}$. We assume that a parametric hazard function is specified as $\lambda(t; \mathbf{x}, \boldsymbol{\theta})$, where $\boldsymbol{\theta}$ is the vector of unknown parameters. Let $T$ denote the time until exit from the initial state. While we do not fully observe $T$, either we know which interval it falls into, or we know whether it was censored in a

particular interval. This knowledge is enough to obtain the probability that $y_m$ takes on the value unity given $(y_{m-1}, \dots, y_1)$, $(c_m, \dots, c_1)$, and $\mathbf{x}$. In fact, by definition this probability depends only on $y_{m-1}$, $c_m$, and $\mathbf{x}$, and only two combinations yield probabilities that are not identically zero or one. These probabilities are

$$\mathrm{P}(y_m = 0 \mid y_{m-1} = 0, \mathbf{x}, c_m = 0) \tag{20.38}$$

$$\mathrm{P}(y_m = 1 \mid y_{m-1} = 0, \mathbf{x}, c_m = 0), \qquad m = 1, \dots, M \tag{20.39}$$

(We define $y_0 \equiv 0$ so that these equations hold for all $m \geq 1$.) To compute these probabilities in terms of the hazard for $T$, we assume that the duration is conditionally independent of censoring:

$$T \text{ is independent of } c_1, \dots, c_M, \text{ given } \mathbf{x} \tag{20.40}$$

This assumption allows the censoring to depend on $\mathbf{x}$ but rules out censoring that depends on unobservables, after conditioning on $\mathbf{x}$. Condition (20.40) holds for fixed censoring or completely randomized censoring. (It may not hold if censoring is due to nonrandom attrition.) Under assumption (20.40) we have, from equation (20.9),

$$\begin{aligned}\mathrm{P}(y_m = 1 \mid y_{m-1} = 0, \mathbf{x}, c_m = 0) &= \mathrm{P}(a_{m-1} \leq T < a_m \mid T \geq a_{m-1}, \mathbf{x}) \\ &= 1 - \exp\left[-\int_{a_{m-1}}^{a_m} \lambda(s; \mathbf{x}, \boldsymbol{\theta})\, ds\right] \equiv 1 - \alpha_m(\mathbf{x}, \boldsymbol{\theta})\end{aligned} \tag{20.41}$$

for $m = 1, 2, \dots, M$, where

$$\alpha_m(\mathbf{x}, \boldsymbol{\theta}) \equiv \exp\left[-\int_{a_{m-1}}^{a_m} \lambda(s; \mathbf{x}, \boldsymbol{\theta})\, ds\right] \tag{20.42}$$

Therefore,

$$\mathrm{P}(y_m = 0 \mid y_{m-1} = 0, \mathbf{x}, c_m = 0) = \alpha_m(\mathbf{x}, \boldsymbol{\theta}) \tag{20.43}$$

We can use these probabilities to construct the likelihood function. If, for observation $i$, uncensored exit occurs in interval $m_i$, the likelihood is

$$\left[\prod_{h=1}^{m_i - 1} \alpha_h(\mathbf{x}_i, \boldsymbol{\theta})\right][1 - \alpha_{m_i}(\mathbf{x}_i, \boldsymbol{\theta})] \tag{20.44}$$

The first term represents the probability of remaining in the initial state for the first $m_i - 1$ intervals, and the second term is the (conditional) probability that $T$ falls into interval $m_i$. [Because an uncensored duration must have $m_i \leq M$, expression (20.44)

at most depends on $\alpha_1(\mathbf{x}_i, \boldsymbol{\theta}), \ldots, \alpha_M(\mathbf{x}_i, \boldsymbol{\theta})$.] If the duration is censored in interval $m_i$, we know only that exit did not occur in the first $m_i - 1$ intervals, and the likelihood consists of only the first term in expression (20.44).

If $d_i$ is a censoring indicator equal to one if duration $i$ is uncensored, the log likelihood for observation $i$ can be written as

$$\sum_{h=1}^{m_i-1} \log[\alpha_h(\mathbf{x}_i, \boldsymbol{\theta})] + d_i \log[1 - \alpha_{m_i}(\mathbf{x}_i, \boldsymbol{\theta})] \tag{20.45}$$

The log likelihood for the entire sample is obtained by summing expression (20.45) across all $i = 1, \ldots, N$. Under the assumptions made, this log likelihood represents the density of $(y_1, \ldots, y_M)$ given $(c_1, \ldots, c_M)$ and $\mathbf{x}$, and so the conditional maximum likelihood theory covered in Chapter 13 applies directly. The various ways of estimating asymptotic variances and computing test statistics are available.

To implement conditional MLE, we must specify a hazard function. One hazard function that has become popular because of its flexibility is a **piecewise-constant proportional hazard**: for $m = 1, \ldots, M$,

$$\lambda(t; \mathbf{x}, \boldsymbol{\theta}) = \kappa(\mathbf{x}, \boldsymbol{\beta})\lambda_m, \qquad a_{m-1} \le t < a_m \tag{20.46}$$

where $\kappa(\mathbf{x}, \boldsymbol{\beta}) > 0$ [and typically $\kappa(\mathbf{x}, \boldsymbol{\beta}) = \exp(\mathbf{x}\boldsymbol{\beta})$]. This specification allows the hazard to be different (albeit constant) over each time interval. The parameters to be estimated are $\boldsymbol{\beta}$ and $\boldsymbol{\lambda}$, where the latter is the vector of $\lambda_m$, $m = 1, \ldots, M$. {Because durations in $[a_M, \infty)$ are censored at $a_M$, we cannot estimate the hazard over the interval $[a_M, \infty)$.} As an example, if we have unemployment duration measured in weeks, the hazard can be different in each week. If the durations are sparse, we might assume a different hazard rate for every two or three weeks (this assumption places restrictions on the $\lambda_m$). With the piecewise-constant hazard and $\kappa(\mathbf{x}, \boldsymbol{\beta}) = \exp(\mathbf{x}\boldsymbol{\beta})$, for $m = 1, \ldots, M$, we have

$$\alpha_m(\mathbf{x}, \boldsymbol{\theta}) \equiv \exp[-\exp(\mathbf{x}\boldsymbol{\beta})\lambda_m(a_m - a_{m-1})] \tag{20.47}$$

Remember, the $a_m$ are known constants (often $a_m = m$) and not parameters to be estimated. Usually the $\lambda_m$ are unrestricted, in which case $\mathbf{x}$ does not contain an intercept.

The piecewise-constant hazard implies that the duration distribution is discontinuous at the endpoints, whereas in our discussion in Section 20.2, we assumed that the duration had a continuous distribution. A piecewise-continuous distribution causes no real problems, and the log likelihood is exactly as specified previously. Alternatively, as in Han and Hausman (1990) and Meyer (1990), we can assume that $T$

has a proportional hazard as in equation (20.16) with continuous baseline hazard, $\lambda_0(\cdot)$. Then, we can estimate $\boldsymbol{\beta}$ along with the parameters

$$\int_{a_{m-1}}^{a_m} \lambda_0(s)\, ds, \qquad m = 1, 2, \ldots, M$$

In practice, the approaches are the same, and it is easiest to just assume a piecewise-constant proportional hazard, as in equation (20.46).

Once the $\lambda_m$ have been estimated along with $\boldsymbol{\beta}$, an estimated hazard function is easily plotted: graph $\hat{\lambda}_m$ at the midpoint of the interval $[a_{m-1}, a_m)$, and connect the points.

Without covariates, maximum likelihood estimation of the $\lambda_m$ leads to a well-known estimator of the survivor function. Rather than derive the MLE of the survivor function, it is easier to motivate the estimator from the representation of the survivor function as a product of conditional probabilities. For $m = 1, \ldots, M$, the survivor function at time $a_m$ can be written as

$$S(a_m) = \mathrm{P}(T > a_m) = \prod_{r=1}^{m} \mathrm{P}(T > a_r \mid T > a_{r-1}) \tag{20.48}$$

[Because $a_0 = 0$ and $\mathrm{P}(T > 0) = 1$, the $r = 1$ term on the right-hand side of equation (20.48) is simply $\mathrm{P}(T > a_1)$.] Now, for each $r = 1, 2, \ldots, M$, let $N_r$ denote the number of people in the **risk set** for interval $r$: $N_r$ is the number of people who have neither left the initial state nor been censored at time $a_{r-1}$, which is the beginning of interval $r$. Therefore, $N_1$ is the number of individuals in the initial random sample; $N_2$ is the number of individuals who did not exit the initial state in the first interval, less the number of individuals censored in the first interval; and so on. Let $E_r$ be the number of people observed to leave in the $r$th interval—that is, in the interval $[a_{r-1}, a_r)$. A consistent estimator of $\mathrm{P}(T > a_r \mid T > a_{r-1})$ is $(N_r - E_r)/N_r$, $r = 1, 2, \ldots, M$. [We must use the fact that the censoring is ignorable in the sense of assumption (20.40), so that there is no sample selection bias in using only the uncensored observations.] It follows from equation (20.48) that a consistent estimator of the survivor function at time $a_m$ is

$$\hat{S}(a_m) = \prod_{r=1}^{m} [(N_r - E_r)/N_r], \qquad m = 1, 2, \ldots, M \tag{20.49}$$

This is the **Kaplan-Meier estimator** of the survivor function (at the points $a_1, a_2, \ldots, a_M$). Lancaster (1990, Section 8.2) contains a proof that maximum likelihood estimation of the $\lambda_m$ (without covariates) leads to the Kaplan-Meier estimator of the

survivor function. If there are no censored durations before time $a_m$, $\hat{S}(a_m)$ is simply the fraction of people who have not left the initial state at time $a_m$, which is obviously consistent for $\mathrm{P}(T > a_m) = S(a_m)$.

In the general model, we do not need to assume a proportional hazard specification within each interval. For example, we could assume a log-logistic hazard within each interval, with different parameters for each $m$. Because the hazard in such cases does not depend on the covariates multiplicatively, we must plug in values of $\mathbf{x}$ in order to plot the hazard. Sueyoshi (1995) studies such models in detail.

If the intervals $[a_{m-1}, a_m)$ are coarser than the data—for example, unemployment is measured in weeks, but we choose $[a_{m-1}, a_m)$ to be four weeks for all $m$—then we can specify nonconstant hazards within each interval. The piecewise-constant hazard corresponds to an exponential distribution within each interval. But we could specify, say, a Weibull distribution within each interval. See Sueyoshi (1995) for details.

### 20.4.2 Time-Varying Covariates

Deriving the log likelihood is more complicated with time-varying covariates, especially when we do not assume that the covariates are strictly exogenous. Nevertheless, we will show that, if the covariates are constant within each time interval $[a_{m-1}, a_m)$, the form of the log likelihood is the same as expression (20.45), provided $\mathbf{x}_i$ is replaced with $\mathbf{x}_{im}$ in interval $m$.

For the population, let $\mathbf{x}_1, \mathbf{x}_2, \ldots, \mathbf{x}_M$ denote the outcomes of the covariates in each of the $M$ time intervals, where we assume that the covariates are constant within an interval. This assumption is clearly an oversimplification, but we cannot get very far without it (and it reflects how data sets with time-varying covariates are usually constructed). When the covariates are internal and are not necessarily defined after exit from the initial state, the definition of the covariates in the time intervals is irrelevant; but it is useful to list covariates for all $M$ time periods.

We assume that the hazard at time $t$ conditional on the covariates up through time $t$ depends only on the covariates at time $t$. If past values of the covariates matter, they can simply be included in the covariates at time $t$. The conditional independence assumption on the censoring indicators is now stated as

$$\mathrm{D}(T \mid T \geq a_{m-1}, \mathbf{x}_m, c_m) = \mathrm{D}(T \mid T \geq a_{m-1}, \mathbf{x}_m), \qquad m = 1, \ldots, M \tag{20.50}$$

This assumption allows the censoring decision to depend on the covariates during the time interval (as well as past covariates, provided they are either included in $\mathbf{x}_m$ or do not affect the distribution of $T$ given $\mathbf{x}_m$). Under this assumption, the probability of exit (without censoring) is

$$\mathrm{P}(y_m = 1 \mid y_{m-1} = 0, \mathbf{x}_m, c_m = 0) = \mathrm{P}(a_{m-1} \leq T < a_m \mid T \geq a_{m-1}, \mathbf{x}_m)$$
$$= 1 - \exp\left[-\int_{a_{m-1}}^{a_m} \lambda(s; \mathbf{x}_m, \boldsymbol{\theta})\, ds\right] \equiv 1 - \alpha_m(\mathbf{x}_m, \boldsymbol{\theta}) \tag{20.51}$$

We can use equation (20.51), along with $\mathrm{P}(y_m = 0 \mid y_{m-1} = 0, \mathbf{x}_m, c_m = 0) = \alpha_m(\mathbf{x}_m, \boldsymbol{\theta})$, to build up a partial log likelihood for person $i$. As we discussed in Section 13.8, this is only a partial likelihood because we are not necessarily modeling the joint distribution of $(y_1, \ldots, y_M)$ given $\{(\mathbf{x}_1, c_1), \ldots, (c_M, \mathbf{x}_M)\}$.

For someone censored in interval $m$, the information on the duration is contained in $y_{i1} = 0, \ldots, y_{i,m-1} = 0$. For someone who truly exits in interval $m$, there is additional information in $y_{im} = 1$. Therefore, the partial log likelihood is given by expression (20.45), but, to reflect the time-varying covariates, $\alpha_h(\mathbf{x}_i, \boldsymbol{\theta})$ is replaced by $\alpha_h(\mathbf{x}_{ih}, \boldsymbol{\theta})$ and $\alpha_{m_i}(\mathbf{x}_i, \boldsymbol{\theta})$ is replaced by $\alpha_{m_i}(\mathbf{x}_{i,m_i}, \boldsymbol{\theta})$.

Each term in the partial log likelihood represents the distribution of $y_m$ given $(y_{m-1}, \ldots, y_1)$, $(\mathbf{x}_m, \ldots, \mathbf{x}_1)$, and $(c_m, \ldots, c_1)$. [Most of the probabilities in this conditional distribution are either zero or one; only the probabilities that depend on $\boldsymbol{\theta}$ are shown in expression (20.45).] Therefore, the density is *dynamically complete*, in the terminology of Section 13.8.3. As shown there, the usual maximum likelihood variance matrix estimators and statistics are asymptotically valid, even though we need not have the full conditional distribution of $\mathbf{y}$ given $(\mathbf{x}, \mathbf{c})$. This result would change if, for some reason, we chose not to include past covariates when in fact they affect the current probability of exit even after conditioning on the current covariates. Then the robust forms of the statistics covered in Section 13.8 should be used. In most duration applications we want dynamic completeness.

If the covariates are strictly exogenous and if the censoring is strictly exogenous, then the partial likelihood is the full conditional likelihood. The precise strict exogeneity assumption is

$$\mathrm{D}(T \mid T \geq a_{m-1}, \mathbf{x}, \mathbf{c}) = \mathrm{D}(T \mid T \geq a_{m-1}, \mathbf{x}_m), \qquad m = 1, \ldots, M \tag{20.52}$$

where $\mathbf{x}$ is the vector of covariates across all time periods and $\mathbf{c}$ is the vector of censoring indicators. There are two parts to this assumption. Ignoring the censoring, assumption (20.52) means that neither future nor past covariates appear in the hazard, once current covariates are controlled for. The second implication of assumption (20.52) is that the censoring is also strictly exogenous.

With time-varying covariates, the hazard specification

$$\lambda(t; \mathbf{x}_m, \boldsymbol{\theta}) = \kappa(\mathbf{x}_m, \boldsymbol{\beta})\lambda_m, \qquad a_{m-1} \leq t < a_m \tag{20.53}$$

$m = 1, \ldots, M$, is still attractive. It implies that the covariates have a multiplicative effect in each time interval, and it allows the baseline hazard—the part common to all members of the population—to be flexible.

Meyer (1990) essentially uses the specification (20.53) to estimate the effect of unemployment insurance on unemployment spells. McCall (1994) shows how to allow for time-varying coefficients when $\kappa(\mathbf{x}_m, \boldsymbol{\beta}) = \exp(\mathbf{x}_m\boldsymbol{\beta})$. In other words, $\boldsymbol{\beta}$ is replaced with $\boldsymbol{\beta}_m$, $m = 1, \ldots, M$.

### 20.4.3 Unobserved Heterogeneity

We can also add unobserved heterogeneity to hazards specified for grouped data, even if we have time-varying covariates. With time-varying covariates and unobserved heterogeneity, it is difficult to relax the strict exogeneity assumption. Also, with single-spell data, we cannot allow general correlation between the unobserved heterogeneity and the covariates. Therefore, we assume that the covariates are strictly exogenous conditional on unobserved heterogeneity *and* that the unobserved heterogeneity is independent of the covariates.

The precise assumptions are given by equation (20.52) but where unobserved heterogeneity, $v$, appears in both conditioning sets. In addition, we assume that $v$ is independent of $(\mathbf{x}, \mathbf{c})$ (which is a further sense in which the censoring is exogenous).

In the leading case of the piecewise-constant baseline hazard, equation (20.53) becomes

$$\lambda(t; v, \mathbf{x}_m, \boldsymbol{\theta}) = v\kappa(\mathbf{x}_m, \boldsymbol{\beta})\lambda_m, \qquad a_{m-1} \le t < a_m \tag{20.54}$$

where $v > 0$ is a continuously distributed heterogeneity term. Using the same reasoning as in Sections 20.4.1 and 20.4.2, the density of $(y_{i1}, \ldots, y_{iM})$ given $(v_i, \mathbf{x}_i, \mathbf{c}_i)$ is

$$\left[\prod_{h=1}^{m_i-1} \alpha_h(v_i, \mathbf{x}_{ih}, \boldsymbol{\theta})\right][1 - \alpha_{m_i}(v_i, \mathbf{x}_{i,m_i}, \boldsymbol{\theta})]^{d_i} \tag{20.55}$$

where $d_i = 1$ if observation $i$ is uncensored. Because expression (20.55) depends on the unobserved heterogeneity, $v_i$, we cannot use it directly to consistently estimate $\boldsymbol{\theta}$. However, because $v_i$ is independent of $(\mathbf{x}_i, \mathbf{c}_i)$, with density $g(v; \boldsymbol{\delta})$, we can integrate expression (20.55) against $g(\cdot\,; \boldsymbol{\delta})$ to obtain the density of $(y_{i1}, \ldots, y_{iM})$ given $(\mathbf{x}_i, \mathbf{c}_i)$. This density depends on the observed data—$(m_i, d_i, \mathbf{x}_i)$—and the parameters $\boldsymbol{\theta}$ and $\boldsymbol{\delta}$. From this density, we construct the conditional log likelihood for observation $i$, and we can obtain the conditional MLE, just as in other nonlinear models with unobserved heterogeneity—see Chapters 15, 16, and 19. Meyer (1990) assumes that the distribution of $v_i$ is gamma, with unit mean, and obtains the log-likelihood function

in closed form. McCall (1994) analyzes a heterogeneity distribution that contains the gamma as a special case.

It is possible to consistently estimate $\boldsymbol{\beta}$ and $\boldsymbol{\lambda}$ without specifying a parametric form for the heterogeneity distribution; this approach results in a semiparametric maximum likelihood estimator. Heckman and Singer (1984) first showed how to perform this method with a Weibull baseline hazard, and Meyer (1990) proved consistency when the hazard has the form (20.54). The estimated heterogeneity distribution is discrete and, in practice, has relatively few mass points. The consistency argument works by allowing the number of mass points to increase with the sample size. Computation is a difficult issue, and the asymptotic distribution of the semiparametric maximum likelihood estimator has not been worked out.

## 20.5 Further Issues

The methods we have covered in this chapter have been applied in many contexts. Nevertheless, there are several important topics that we have neglected.

### 20.5.1 Cox's Partial Likelihood Method for the Proportional Hazard Model

Cox (1972) suggested a partial likelihood method for estimating the parameters $\boldsymbol{\beta}$ in a proportional hazard model without specifying the baseline hazard. The strength of Cox's approach is that the effects of the covariates can be estimated very generally, provided the hazard is of the form (20.16). However, Cox's method is intended to be applied to flow data as opposed to grouped data. If we apply Cox's methods to grouped data, we must confront the practically important issue of individuals with identical observed durations. In addition, with time-varying covariates, Cox's method evidently requires the covariates to be strictly exogenous. Estimation of the hazard function itself is more complicated than the methods for grouped data that we covered in Section 20.4. See Amemiya (1985, Chapter 11) and Lancaster (1990, Chapter 9) for treatments of Cox's partial likelihood estimator.

### 20.5.2 Multiple-Spell Data

All the methods we have covered assume a single spell for each sample unit. In other words, each individual begins in the initial state and then either is observed leaving the state or is censored. But at least some individuals might have multiple spells, especially if we follow them for long periods. For example, we may observe a person who is initially unemployed, becomes employed, and then after a time becomes unemployed again. If we assume constancy across time about the process driving

unemployment duration, we can use multiple spells to aid in identification, particularly in models with heterogeneity that can be correlated with time-varying covariates. Chamberlain (1985) and Honoré (1993b) contain identification results when multiple spells are observed. Chamberlain allowed for correlation between the heterogeneity and the time-varying covariates.

Multiple-spell data are also useful for estimating models with unobserved heterogeneity when the regressors are not strictly exogenous. Ham and Lalonde (1996) give an example in which participation in a job training program can be related to past unemployment duration, even though eligibility is randomly assigned. See also Wooldridge (2000c) for a general framework that allows feedback to future explanatory variables in models with unobserved heterogeneity.

### 20.5.3 Competing Risks Models

Another important topic is allowing for more than two possible states. **Competing risks models** allow for the possibility that an individual may exit into different alternatives. For example, a person working full-time may choose to retire completely or work part-time. Han and Hausman (1990) and Sueyoshi (1992) contain discussions of the assumptions needed to estimate competing risks models, with and without unobserved heterogeneity.

## Problems

**20.1.** Use the data in RECID.RAW for this problem.

a. Using the covariates in Table 20.1, estimate equation (20.26) by censored Tobit. Verify that the log-likelihood value is $-1{,}597.06$.

b. Plug in the mean values for *priors*, *tserved*, *educ*, and *age*, and the values $workprg = 0$, $felon = 1$, $alcohol = 1$, $drugs = 1$, $black = 0$, and $married = 0$, and plot the estimated hazard for the lognormal distribution. Describe what you find.

c. Using only the uncensored observations, perform an OLS regression of $\log(durat)$ on the covariates in Table 20.1. Compare the estimates on *tserved* and *alcohol* with those from part a. What do you conclude?

d. Now compute an OLS regression using all data—that is, treat the censored observations as if they are uncensored. Compare the estimates on *tserved* and *alcohol* from those in parts a and c.

**20.2.** Use the data in RECID.RAW to answer these questions:

a. To the Weibull model, add the variables *super* (=1 if release from prison was supervised) and *rules* (number of rules violations while in prison). Do the coefficient estimates on these new variables have the expected signs? Are they statistically significant?

b. Add *super* and *rules* to the lognormal model, and answer the same questions as in part a.

c. Compare the estimated effects of the *rules* variable on the expected duration for the Weibull and lognormal models. Are they practically different?

**20.3.** Consider the case of flow sampling, as in Section 20.3.2, but suppose that all durations are censored: $d_i = 1$, $i = 1, \ldots, N$.

a. Write down the log-likelihood function when all durations are censored.

b. Find the special case of the Weibull distribution in part a.

c. Consider the Weibull case where $\mathbf{x}_i$ only contains a constant, so that $F(t; \alpha, \beta) = 1 - \exp[-\exp(\beta)t^{\alpha}]$. Show that the Weibull log likelihood cannot be maximized for real numbers $\hat{\beta}$ and $\hat{\alpha}$.

d. From part c, what do you conclude about estimating duration models from flow data when all durations are right censored?

e. If the duration distribution is continuous, $c_i > b > 0$ for some constant $b$, and $\mathrm{P}(t_i^* < t) > 0$ for all $t > 0$, is it likely, in a large random sample, to find that all durations have been censored?

**20.4.** Suppose that, in the context of flow sampling, we observe covariates $\mathbf{x}_i$, the censoring time $c_i$, and the binary indicator $d_i$ (=1 if the observation is uncensored). We never observe $t_i^*$.

a. Show that the conditional likelihood function has the binary response form. What is the binary "response"?

b. Use the Weibull model to demonstrate the following when we only observe whether durations are censored: if the censoring times $c_i$ are constant, the parameters $\boldsymbol{\beta}$ and $\alpha$ are not identified. [Hint: Consider the same case as in Problem 20.3c, and show that the log likelihood depends only on the constant $\exp(\beta)c^{\alpha}$, where $c$ is the common censoring time.]

c. Use the lognormal model to argue that, provided the $c_i$ vary across $i$ in the population, the parameters are generally identified. [Hint: In the binary response model, what is the coefficient on $\log(c_i)$?]

**20.5.** In this problem you are to derive the log likelihood in equation (20.30). Assume that $c_i > b - a_i$ for all $i$, so that we always observe part of each spell after the sampling date, $b$. In what follows, we supress the parameter vector, $\boldsymbol{\theta}$.

a. For $b - a_i < t < c_i$, show that $\mathrm{P}(t_i^* \leq t \mid \mathbf{x}_i, a_i, c_i, s_i = 1) = [F(t \mid \mathbf{x}_i) - F(b - a_i \mid \mathbf{x}_i)]/[1 - F(b - a_i \mid \mathbf{x}_i)]$.

b. Use part a to obtain the density of $t_i^*$ conditional on $(\mathbf{x}_i, a_i, c_i, s_i = 1)$ for $b - a_i < t < c_i$.

c. Show that $\mathrm{P}(t_i = c_i \mid \mathbf{x}_i, a_i, c_i, s_i = 1) = [1 - F(c_i \mid \mathbf{x}_i)]/[1 - F(b - a_i \mid \mathbf{x}_i)]$.

d. Explain why parts b and c lead to equation (20.30).

**20.6.** Consider the problem of stock sampling where we do not follow spells after the sampling date, $b$, as described in Section 20.3.3. Let $F(\cdot \mid \mathbf{x}_i)$ denote the cdf of $t_i^*$ given $\mathbf{x}_i$, and let $k(\cdot \mid \mathbf{x}_i)$ denote the continuous density of $a_i$ given $\mathbf{x}_i$. We drop dependence on the parameters for most of the derivations. Assume that $t_i^*$ and $a_i$ are independent conditional on $\mathbf{x}_i$.

a. Let $s_i$ denote a selection indicator, so that $s_i = 1(t_i^* \geq b - a_i)$. For any $0 < a < b$, show that

$$\mathrm{P}(a_i \leq a, s_i = 1 \mid \mathbf{x}_i) = \int_0^a k(u \mid \mathbf{x}_i)[1 - F(b - u \mid \mathbf{x}_i)]\, du$$

b. Derive equation (20.32). {Hint: $\mathrm{P}(s_i = 1 \mid \mathbf{x}_i) = \mathrm{E}(s_i \mid \mathbf{x}_i) = \mathrm{E}[\mathrm{E}(s_i \mid a_i, \mathbf{x}_i) \mid \mathbf{x}_i]$, and $\mathrm{E}(s_i \mid a_i, \mathbf{x}_i) = \mathrm{P}(t_i^* \geq b - a_i \mid \mathbf{x}_i)$.}

c. For $0 < a < b$, what is the cdf of $a_i$ given $\mathbf{x}_i$ and $s_i = 1$? Now derive equation (20.31).

d. Take $b = 1$, and assume that the starting time distribution is uniform on $[0, 1]$ (independent of $\mathbf{x}_i$). Find the density (20.31) in this case.

e. For the setup in part d, assume that the duration cdf has the Weibull form, $1 - \exp[-\exp(\mathbf{x}_i\boldsymbol{\beta})t^\alpha]$. What is the log likelihood for observation $i$?

**20.7.** Consider the original stock sampling problem that we covered in Section 20.3.3. There, we derived the log likelihood (20.30) by conditioning on the starting times, $a_i$. This approach is convenient because we do not have to specify a distribution for the starting times. But suppose we have an acceptable model for $k(\cdot \mid \mathbf{x}_i; \boldsymbol{\eta})$, the (continuous) density of $a_i$ given $\mathbf{x}_i$. Further, we maintain assumption (20.22) and assume $\mathrm{D}(a_i \mid c_i, \mathbf{x}_i) = \mathrm{D}(a_i \mid \mathbf{x}_i)$.

a. Show that the log-likelihood function conditional on $\mathbf{x}_i$, which accounts for truncation, is

$$\sum_{i=1}^{N}\{d_i \log[f(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})] + (1 - d_i) \log[1 - F(t_i \mid \mathbf{x}_i; \boldsymbol{\theta})]$$

$$+ \log[k(a_i \mid \mathbf{x}_i; \boldsymbol{\eta})] - \log[\mathrm{P}(s_i = 1 \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta})]\} \tag{20.56}$$

where $\mathrm{P}(s_i = 1 \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta})$ is given in equation (20.32).

b. Discuss the trade-offs in using equation (20.30) or the log likelihood in (20.56).

**20.8.** In the context of stock sampling, where we are interested in the population of durations starting in $[0, b]$, suppose that we interview at date $b$, as usual, but we do not observe any starting times. {This assumption raises the issue of how we know individual $i$'s starting time is in the specified interval, $[0, b]$. We assume that the interval is defined to make this condition true for all $i$.} Let $r_i^* = a_i + t_i^* - b$, which can be interpreted as the calendar date at which the spell ends minus the interview date. Even without right censoring, we observe $r_i^*$ only if $r_i^* > 0$, in which case $r_i^*$ is simply the time in the spell since the interview date, $b$. Assume that $t_i^*$ and $a_i$ are independent conditional on $\mathbf{x}_i$.

a. Show that for $r > 0$, the density of $r_i^*$ given $\mathbf{x}_i$ is

$$h(r \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta}) \equiv \int_0^b k(u \mid \mathbf{x}_i; \boldsymbol{\eta}) f(r + b - u \mid \mathbf{x}_i; \boldsymbol{\theta})\, du$$

where, as before, $k(a \mid \mathbf{x}_i; \boldsymbol{\eta})$ is the density of $a_i$ given $\mathbf{x}_i$ and $f(t \mid \mathbf{x}_i; \boldsymbol{\theta})$ is the duration density.

b. Let $q > 0$ be a fixed censoring time after the interview date, and define $r_i = \min(r_i^*, q)$. Find $\mathrm{P}(r_i = q \mid \mathbf{x}_i)$ in terms of the *cdf* of $r_i^*$, say, $H(r \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta})$.

c. Use parts a and b, along with equation (20.32), to show that the log likelihood conditional on observing $(r_i, \mathbf{x}_i)$ is

$$d_i \log[h(r_i \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta})] + (1 - d_i) \log[1 - H(r_i \mid \mathbf{x}_i; \boldsymbol{\theta}, \boldsymbol{\eta})]$$

$$- \log\left\{\int_0^b [1 - F(b - u \mid \mathbf{x}_i; \boldsymbol{\theta})] k(u \mid \mathbf{x}_i; \boldsymbol{\eta})\, \mathrm{d}u\right\} \tag{20.57}$$

where $d_i = 1$ if observation $i$ has not been right censored.

d. Simplify the log likelihood from part c when $b = 1$ and $k(a \mid \mathbf{x}_i; \boldsymbol{\eta})$ is the uniform density on $[0, 1]$.

**20.9.** Consider the Weibull model with multiplicative heterogeneity, as in equation (20.33), where $v_i$ takes on only two values, $1/\rho$ and 0, with probabilities $\rho$ and $1 - \rho$,

respectively, where $0 < \rho < 1$. This parameterization imposes the normalization $E(v_i) = 1$. You can think of a situation where there are only two types of people, type A ($v_i = 0$) and type B ($v_i = 1/\rho$).

a. Show that, as the difference between the two types grows, the probability of being type B must shrink to zero.

b. Find the cdf of $t_i^*$ given $\mathbf{x}_i$.

c. Find the log-likelihood function for observation $i$ in terms of $\alpha$, $\boldsymbol{\beta}$, and $\rho$.

**20.10.** Let $0 < a_1 < a_2 < \cdots < a_{M-1} < a_M$ be a positive, increasing set of constants, and let $T$ be a nonnegative random variable with $P(T > 0) = 1$.

a. Show that, for any $m = 1, \ldots, M$, $P(T > a_m) = P(T > a_m \mid T > a_{m-1})P(T > a_{m-1})$.

b. Use part a to prove equation (20.48).