UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>TEXAS ROADHOUSE, INC., TEXAS ROADHOUSE HOLDINGS LLC, and TEXAS ROADHOUSE MANAGEMENT CORP., d/b/a TEXAS ROADHOUSE,<br><br>            Defendants. | Civil Action No. 1:11-cv-11732-DJC |

## [PROPOSED] ORDER REGARDING CLAIMANT JASON RESNICK

Plaintiff EEOC has moved for an order permitting a payment of up to $1,989.00 to Jason Resnick, who, by error, was left off the list of Claimants eligible to receive payments, provided that money remains in the Settlement Fund after final distributions to all other Claimants are made. Mr. Resnick had initially had his claim rejected, but after considering his timely objection, EEOC reversed its decision and determined that his wage losses were $1,989.00. Unfortunately, through no fault of his own, EEOC's decision was not communicated to the Claims Administrator for inclusion on the final list of Claimants to receive payments, amongst whom the remaining Settlement Funds had been fully allocated.

The Court agrees that such an order is needed to carry out the terms of the Decree, as Mr. Resnick was determined to be an eligible Claimant entitled to a payment. Therefore, the Claims Administrator should make a payment of up to $1,989.00 to Jason Resnick, provided that money

2

remains in the Settlement Fund after final distributions to Claimants are made pursuant to the other orders issued this date. The Claims Administrator will also give Mr. Resnick notice that the check will be voided if he does not cash it within 90 days of its issuance.

**IT IS SO ORDERED.**

April 27, 2020

_____
United States District Judge